JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Catherine Madagoni | Madagoni, LLC dba madagoni.com; Madagoni OU; Chandaluri, Pragathi; madagoni.com; Petabytz Technologies Corporation; madagoni Pharmaceutical Services private Limited |

**(b)** County of Residence of First Listed Plaintiff   New Jersey
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question *(U.S. Government Not a Party)*

☒ 2   U.S. Government Defendant

☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☒ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☒ 410 Antitrust |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☒ 820 Copyrights | ☒ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☒ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☒ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 370 Other Fraud | ☒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☒ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☒ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☒ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☒ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☒ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☒ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☒ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☒ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

*Not paying timely!*
*Failure to care for Property).*

*Sponsorship & Health ins. Fraud through Company*

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

*Cancelled Busins &*

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Hid marital assets over $4,962,661.00 in Divorce proceedin Fraudulent Conveyance, Immigration marriage Fraud, RICO claim, Nepotism

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $4,962,661.00 /Appendix 592   See 589-

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S)

Judge Hoffman - FM 03-1162-22
Judge Harrington BURDC   JUDGE Arnold L. Natali JR & Morris G Smith   DOCKET NUMBER

A-002734-2374
M-006895-23
Docket A-003181-23
M-007084-23

DATE 9/29/2024   08/29-23

SIGNATURE OF ATTORNEY OF RECORD   Pro Se

## FOR OFFICE USE ONLY

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I _Catherine Madagoni_ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**Public Access to Court Electronic Records.**) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: _Cmadagoni@gmail.com_

My case number is: _____

_Signature of Litigant_

_3111 Route 38 Ste 11-144_
Mailing Address

_Mount Laurel, NJ_
City, State, Zip Code

_08054_
Telephone Number

Date: _09/28/2024_

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

Catherine Madagoni :

   Plaintiff,   :   Civil Action No.

   v.     :   NOTICE OF MOTION

Madagoni, LLC dba :
   madagoni.com
   Defendant.

        :

PLEASE TAKE NOTICE   Catherine Madagoni
         (Name of Moving Party)

will move before the Honorable _____, U.S.D.J. on

October 21, 2024
(Motion days are the 1ˢᵗ and 3ʳᵈ Monday of each month)

for an Order _Treble Damages due to Racketeering Activities_
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

Catherine Madagoni
Name
3111 Route 38 Ste 11-144
Mount Laurel, NJ
08054
Address

Date: 09/28/2024

CERTIFICATION OF SERVICE

I, _Catherine Madagoni_ , certify that a copy of my motion was served
(Name of Moving Party)

by _Fed Ex-certified mail_ on _09/28/2024_ upon:
(Mail, Personal Service, etc.)                    (Date)

_Madagoni LLC dba Madagoni.com_
(Name of Opposing Party)

_247 E. Front St. Ste 109_
_Trenton, NJ_
_08106_
(Address of Opposing Party)

_____
Name (Signature)

CATHERINE MADAGONI
FEDERAL LAWSUIT

Motion:

1. If appropriate, I would like to rely upon Motion Brief submitted and available on PACER that have been submitted in Appeal Docket- A-003181-23, M-007084-23 as well as in Docket Appeal A-002734-23T4, M-006895-23. Richard Renza has already received for his client who is a Shareholder for the Defendant in this Law Suit and to save litigation cost, I would like to ask Your Honor if you would be so kind to please rely on previous proofs of Services that have been submitted to the Appellate Division (553).

2. Would like to expand the record by adding additional information regarding hidden information by Krishna Madagoni him and his paramours plot and her fathers plot as well (437-440) to defraud me and my business including tax evasion plot as he has stated he did not know her during September 20, 2023, Trail which is on record and filed in above Motion Brief.

3. Please see addition to Appendix that was submitted for Appeal A-3182 23T4/M-007084-23/ A-00273-23/ M-006320-23 that I am including for my Federal Claim. These have been served to Richard Renza, Esq, and Madagoni,LLC dba Madagoni.com are in receipt of all documents.

4. I declare under penalty of perjury that the foregoing is true and correct.

5. Please see below Appendix.

Date 09/28/2024

Catherine M Madagoni
Pro Se

CATHERINE MADAGONI
FEDERAL LAWSUIT

APPENDIX

87. Paramours International Student Affidavit Harrisburg University...........................437

88. January 27, 2020 email communication Krishna and Paramour...........................438

89. Letter from Mr. Chandramouli Chandaluri f/o the Paramour..................................439

90. Paramours Grade School Certificate sent to Krishna 2020....................................440

91. Bluebird Email from Krishna submitted to Patricia at the Hartford..........................441

92. SoftStandards Solution Email from Krishna provided by Sanjay Bonthapally..............443

93. Krishna Madagoni hand written in English in Telegu language....................................453

94. Western Union electronic transfers across country by Krishna.................................454

95. Wire transfer to Surjana Perumaila..................................................................454

96. Wire transfer payment 01/24/2020 Mastercard 9518.................................................455

97. Wire transfer Mastercard payment 01/29/2020.........................................................457

98. Pharmaceutical Services Private Limited Bill............................................................459

99. WestLaw Company Investigator Madagoni Pharmaceutical Serv Pvt Limited..........460

100. Krishna Madagoni handwritten in English in language............................................466

101. WestLaw Company Investigator Madagoni OU.......................................................467

102. WestLaw Company Investigator Madagoni LLC.......................................................470

103. First Commerce Bank ACH Manager Payment to Krishna Madagoni........................474

104. Ryan O'Connell from Stonebridge Advisory emails & income taxes........,,,.............475

105. Krishna Madagoni India Axis Bank Account...........................................................517

106. AB-Cube payment in France..................................................................................518

107. Joint Bank of America Europe payment unbeknownst to me....................................521

107. Reply Certification 07/01/2023 of Fraud.................................................................523

108. Petebytz Technology Services Pvt Lmt.................................................................529

109. DNB PROFILE Email 09/26/2023 of Petabytz Krishna being Principal.......................532

110. Krishna as a Dir. of Spacerally Realtors Private Limited 05/16/2019.......................535

CATHERINE MADAGONI
FEDERAL LAWSUIT

111.William Schneider, Esq, Chandaluri Fraudulent Conveyance email..........................538

112. The Hartford Business Insurance Policy...............................................................545

113. SEVP Response Center/Address Fraud................................................................549

114. Krishna Breaching Fiduciary Agreement.............................................................552

115. Parts of my Dismissal Request after Trail Dated 10/29/2023...................................553

116. Proof of Service for Motion Brief in Federal Claim from Appellate Div Appeal..........557

117. Paramours Passport showing from India..............................................................559

118. WestLaw Company Investigator Petabytz Technologies Incorporated.....................560

119. First Commerce & Santander Questionable debits &credit bad faith litigation ........566

120. WestLaw Company Investigator Petabytz Technologies Corporation........................576

121. MPS Pvt Ltd India Company Incorporation Application 06/24/2019 DIR-12 FORM....581

122. Union Bank of India Payment for DIR-12 Form.......................................................587

123. March 17, 2024, Lists Judge Hoffman Requested..................................................589

124. August 30th, 2024, Appellate Division Affirmative Relief...........................................593

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Catherine Madagoni

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Madagoni LLC dba Madagoni.com
Madagoni OU, Pragathi
Chandaluri, Krishna Madagoni,
Sanjay Kumar Bonthapally,
Sampath Kumar Barlapudi,
SoftStandard Solutions,
Petabytz Technologies, Inc
Madagoniringe.com, Madagoni
Devices, Blue Bix Solutions, Inc.
Madagoni Pharmaceutical Services
Private Limited "See Attached"

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes  ☑ No

(check one)

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
additional sheets of paper as necessary.

Plaintiff     Name                  Catherine Madagoni
              Street Address        3111 Route 38 Ste 110 - 144
              County, City          Mount Laurel, NJ 08054
              State & Zip Code
              Telephone Number      Cmadagoni@gmail.com

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Madagoni, LLC dba Madagoni.com
Street Address 247 E. Front St. Ste 109
County, City Trenton
State & Zip Code NJ 08611

Defendant No. 2

Name Madagoni OÜ
Street Address Paevalille 6-15
County, City Tallinn 13517
State & Zip Code Estonia

Defendant No. 3

Name Chandaluri, Pragathi
Street Address 23-1150-103
County, City Nellore
State & Zip Code Andhra Pradesh, India 524003

Defendant No. 4

Name Madagoni.com
Street Address 247 E. Front St. Ste. 109
County, City Trenton
State & Zip Code NJ 08611

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions    [✓] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1st Amendment, 14th Amendment, RICO, False Statement In immigration proceedings-18 U.S.C § 1015, Marriage Fraud 8 U.S.C§1186a, Document Fraud 8 U.S.C.§1324c, Improper Entry by an Alien 8 U.S. Fraud & Misuse of Visa, Permits & other Documents 18 U.S.C.§1546. 42 U.S.C.§1983, §1325 "See Attached.."

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _New Jersey_

Defendant(s) state(s) of citizenship _NewJersey, PA, India, Europe/Estonia California, Iowa, Canada, Delaware Colorado, Qutar, Oregon_

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _New Jersey, PA, India, France California, Europe/Estonia, New York, Maryland_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _from January 13, 2017 to present; throughout my Fm Docket 03-1162-22 & Special Civil Docket 08429-23_

C.    Facts: _Marriage Fraud (immigration), Racketeering Activities by the Defendants. Undue deference. properties were stolen from me without complete due process. I received Orders that was based on evidence thats not in the record. Judge Hoffman allows Krishna to delay paying me my alimony & Judge Hemington avoided addressing my Issues the just stood by like others and allowed the crime. Judge Hoffman allowed Defendants to Steal my assets through circumventing legal proceedings in order to avoid holding Krishna Madagoni Richard Renza, Esq, Andrew Shaw & Sarah Mulrean in Contempt of Court. He allowed Fraud upon the Court, "See Attached". The Burling Ct. Sheriff's Dept. was used to enforce unfair &unjust actions. I have two sons who experienced being violated as a result of the courts variant Rules. Rithu Verma (madagoni LLC), Monika George, Adam (Bill Board Post) Sowjana Konuru, Dan & Ryan O'Connel Burling Courington Court Staff - Law Clerks, Sheriffs, Case Managers my neighbors @ my residence. "See Attached"_

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to my health ins. from my business due to non-payment and no enforcement I have not been able to buy my medications for my asthma and receive medical treatment for my "back". Legal Cost have been significant, Credit Damage, Mental Health Issues Emotional Distress, Business Losses, Reduced Support not being made to pay me, Loss of marital Assests

"See Attached"

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

"See Attached"

il am pursuing both Criminal and civil remedies in order to achieve justice and financial recovery.

allow Lis Pendens to remain on all properties (Burlington, Ocean & two PA properties).

Requesting a Financial Restraing Order & TRO while going through the litigation to prevent further harassment.

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of September , 20 24.

Signature of Plaintiff _____

Mailing Address _____ 3111 Route 38 Ste 11-144 Mount Laurel, NJ 08054

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address Cmadagoni@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

B. Lists of Defendants

1. **MADAGONI, LLC, dba MADAGONI.COM**
   *KRISHNA MADAGONI, BOARD MEMBER, MANAGER, INDIVIDUAL SHAREHOLDER*
   247 E FRONT STREET, STE 109 TRENTON, NJ 08611
   800 COLUMBUS ROAD, BURLINGTON, NJ 08016

2. **MADAGONI OU**
   *KRISHNA MADAGONI, BOARD MEMBER*
   247 E FRONT STREET, STE 109, TRENTON, NJ 08611
   800 COLUMBUS ROAD, BURLINGTON, NJ 08016
   PAEVALILLE TN 6-15 TALLINN 13517

3. **MADAGONIRINSE.COM**
   *KRISHNA MADAGONI, BOARD MEMBER*
   247 E FRONT STREET, STE 109, TRENTON, NJ 08611
   800 COLUMBUS ROAD, BURLINGTON, NJ 08016

4. **MADAGONI-DEVICES**
   *KRISHNA MADAGONI, BOARD MEMBER*
   247 E FRONT STREET, STE 109, TRENTON, NJ 08611
   800 COLUMBUS ROAD, BURLINGTON, NJ 08016

5. **PETABYTZ TECHNOLOGIES INC**
   *KRISHNA MADAGONI, PRINCIPAL*
   *SANJAY KUMAR BONTHAPALLY, KEY INFLUENCER*
   6 KILMER RD STE B1 EDISON, NJ 08817-2432
   247 E FRONT STREET, TRENTON, NJ 08611
   800 COLUMBUS ROAD, BURLINGTON, NJ 08016

6. **SOFTSTANDARD SOLUTIONS LLC**
   *KRISHNA MADAGONI, PRINCIPAL*
   6 KILMER RD STE B1 EDISON, NJ 08817-2432
   247 E FRONT STREET, STE. 109, TRENTON, NJ 08611
   800 COLUMBUS ROAD, BURLINGTON, NJ 08016

6.

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

7. **SAMPATH KUMAR BARLAPUDI**
303 BLUE SPRING ROAD #303
PRINCETON, NJ 08540

8. **KRISHNA MADAGONI**
H No.-5-78/1 Choutuppal Madalam, Panthangi Nalgonda, Adhra Pradesh, India
Pin# 508252
No: 38, Munaganoor, Hyderabad, Telangana, India, Pin# 501511
1381 ARUNDEL WAY, BENSALEM, PA 19020
247 E FRONT STREET, STE 109, TRENTON, NJ 08611
800 COLUMBUS ROAD, BURLINGTON, NJ 08016

9. **PRAGATHI CHANDALURI**
"PARAMOUR"
Street: 23-1150-103, City: Nellore, State: Andhra Pradesh, Country: India, PIN#
524003
3-1-640, plot no. 3, Shiva ram nivas, Kakathiya colony, LB nagar, Hyderabad
1381 ARUNDEL WAY, BENSALEM, PA 19020
247 E FRONT STREET, STE, 109, TRENTON, NJ 08611
800 COLUMBUS ROAD, BURLINGTON, NJ 08016

10. **BLUEBIX SOLUTIONS INC.**
*KRISHNA MADAGONI, PRINCIPAL*
6 KILMER RD STE B1 EDISON, NJ 08817-2432
247 E FRONT STREET, STE. 109, TRENTON, NJ 08611
800 COLUMBUS ROAD, BURLINGTON, NJ 08016

11. **PETABYTZ TECHNOLOGIES INC**
*KRISHNA MADAGONI, AGENT ON BEHALF OF SANJAY*
800 COLUMBUS ROAD, BURLINGTON, NJ 08016
247 E FRONT STREET, STE 109, TRENTON, NJ 08611
*SANJAY KUMAR BONTHAPALLY, KEY INFLUENCER*
6 KILMER RD STE B1 EDISON, NJ 08817-2432

12. **MADAGONI PHARMACEUTICAL SERVICES PRIVATE LIMITED**
*KRISHNA MADAGONI, DIRECTOR*
*SHEKHAR MADHAGONI, DIRECTOR*

7

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

800 COLUMBUS ROAD, BURLINGTON, NJ 08016

247 E FRONT STREET, STE 109, TRENTON, NJ 08611

PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511

DNo-315, A Block, 3rd Floor, Chanralok Complex, Sid Road, Hyderabad, Telangana, India, Pin# 500003

13. **PETABYTZ TECHNOLOGIES CORPORATION**

*KRISHNA MADAGONI, AGENT*

800 COLUMBUS ROAD, BURLINGTON, NJ 08016

239 US -22 STE #201, GREEN BROOK TOWNSHIP, NJ 08812

33 WOOD AVENUE SOUTH; SUITE 600 ISELIN, NJ 08830

14. **MADAGONI.COM**

800 COLUMBUS ROAD, BURLINGTON, NJ 08016

247 E FRONT STREET, STE 109, TRENTON, NJ 08611



15. Sanjay Bonthapally

II. Basis for Jurisdiction and III Statement of Claims:

B. Federal Constitutional, statutory or treaty right is at issue:

1. AMENDMENT 1 - violated my freedom of speech

2. AMENDMENTS 14 - Deprived of Property, without due process

3. 42 U.S.C. Section 1983 - RICO Act (18 U.S.C. Sect. 1961 et seq.

4. 8 U.S.C. Sec. 1325(c) - Marriage Fraud for US benefits for him and the other immigrants (sudden change in behavior after becoming a naturalized citizen)

5. 18 U.S.C. Sect. 242 - Deprivation of Rights Under Color of Law

6. 18 U.S.C. Sect. 241 - Conspiracy Against Rights

7. 18 U.S.C. Sect. 1343 - Wire Fraud

8. 18 U.S.C. Sect. 1341 - Mail Fraud

9. 18 U.S.C. 1344 - Bank Fraud

10. 18 U.S.C. Sect. 1347 – Health Care Fraud

11. 18 U.S.C. Sect. 1956 – Money Laundering

CATHERINE MADAGONI
 FEDERAL LAWSUIT COMPLAINT

12. 18 U.S.C. Sect. 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

13. 18 U.S.C. Sect. 1028 – Identity Theft and Fraud

14. ERISA FRAUD – Krishna and the Court concerted to cancel my business insurances provided by Madagoni, LLC dba Madagoni.com

15. Fraudulent Transfer Conveyance – Madagoni, LLC, Krishna Madagoni and the Paramour

16. Breach of Fiduciary Duties-Bilateral Contract Breach

17. Federal Debt Collection Practices Act (FDCPA) – Failed to Pay Madagoni, LLC Debt

18. 18 U.S.C. Sect. 1961-1968 -Racketeering Influenced and Corrupt Organizations Act (RICO) –

19. 18 U.S.C. Sect. 287 – False Claims Against the Government (making requests not legally entitled to receive)

20. 18 U.S.C. Sect. 1029 – Fraud and Related Activity in Connection with Access Devices

21. Federal Employment Discrimination- Nepotism

22. Clayton Antitrust Act (1914), Sect. 8 – served on boards of competing companies (interlocking directorates).

23. Sherman Antitrust Act (1890), Sect. 2 – conspiracy to monopolize a market (Collusion in the marketplace)

24. Landlord Tenant Violation

III. Statement of Claims:

Facts: What Happened to Me:

1. 2017 to present- Krishna Madagoni was allowed to hide and abuse marital/business assets (25- Federal Complaint, 87, 203, 260, 284, 436) through and with the help of his paramour Pragathi Chandaluri (549) and others.

2. December 2019, Krishna Madagoni told me "I better be glad that he doesn't chop my body parts up and sale them". This was reported but no one has done anything about this abusive evil towards me. The courts as well when reported to the police, the Judge denied a TRO December 10, 2023, while at the Burlington Police Station.

9

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

3. Krishna began filing for divorce February 2022, once he became a naturalized citizen, he moved out and filed for divorce which wasn't an agreement we had even though we had been having problems by the way he moved back into the home  January 2022, he also didn't tell me of his naturalized ceremony but I am sure his paramour was there waiting for him. He took me on a trip February 11, 2022 to February 16th, 2022, still not telling me about his naturalized ceremony and when we came back from our trip he abruptly packed his belongings and the next month left the Country and didn't inform me. Marriage fraud for citizenship to help his current paramour and other individuals from India. He was completely dishonest on his N-400 form. For he didn't help my youngest and he was having an affair with the paramour. I would like to see this form because it is a mystery and he never told me it needed to be completed. After we were married March 2017, he told me now that we are married my focus is going to be on business.

4. May 2023 - I found over $4,962,661.00 million dollars on WestLaw Company Investigator and the Special Civil and the Family Court ignored and buried my evidence.

5. March 3rd, 2023 – through court orders no enforcement for Krishna Madagoni to comply with business assets, the Judge kept me in an economic necessity position knowing our marital agreement that Krishna pays all the bills (532) as I helped mange our home and support him while he was working. Krishna was allowed and still is allowed to conceal and alienate me from our business financial bank statements.

6. April 28th, 2023, Judge Hoffman allowed Richard Renza, Esq, during oral argument hearing to confirm that discovery was done when Insaid it wasn't and Judge Hoffman and Richard both buried my Demand Letter and any evidence showing otherwise. Judge Hoffman, the Plaintiff and Richard concerted efforts rushed my trial knowing Krishna was committing a RICO Act crime and committing mail fraud as well as mortgage fraud against Governement Agencies,

10

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

IRS and Mortage Fraud including Fraudulent Conveyance, but they were all silent.

7.  March 1, 2023-March 30, 2023 - MESP and Economic Mediation was a waste of time for me and the money that was spent should've been used to pay bills but the Court exploited and allowed racketeering activities/extortion to continue against me.

8.  October 30th, 2023 to present - Judge Hoffman, and Judge Harrington stole my properties from me without evidence being on record and the attorneys on record falsified facts for I continued to request discovery but was continually gaslight through every circumvented proceeding and reply certification I submitted (523).

9.  March 12th, 2024 - Richard Renza, provided a letter to the Court, Special Civil stating that his client and his paramour are going to be homeless when both his client and his paramours hid two additional marital business property from the divorce.

10. April 8th, 2024 - Judge Hoffman, Judge Harrington violated a Landlord Tenant contract Krishna and I both signed for my eldest son and my youngest son had a verbal lease but the courts violated their constitutional rights as well.

11. 2018 to present - Krishna has been allowed to conceal our business income/tax returns and amended tax returns.

12. 2018- to present - Krishna has wired the Madagoni Business earnings over seas India and Europe and has taken many trips to India using marital/business income that wasn't properly distributed under the Courts rules.

13. August 2022-July 2023 - The Paramour - Pragathi Chandaluri has Fraudulently Conveyed two properties through using false address (538, 549) from our Family business in PA not in my JOD. Properties are deeded to her; she's not entitled to have any of my properties that's hidden from me that Krishna and, all the Attorneys have allowed her to have without any consequences.

14. November 2023 - Krishna has not complied with the obliged orders.

11

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

15. April 30th, 2024 – Krishna has not paid me my $33,672 and he hasn't paid my school loans and other bills as promised.

16. August 20, 2022 - Krishna sent me an email saying he will withhold documents if I don't come to an agreement (A-436) but litigated that he was (431-436) just to share a few.

17. October 30th, 2023 - All my assets were devalued and awarded to me without proper discovery.

18. February 24th, 2023 - Stonebridge Advisory, Inc. assisted in preparing a devalued evaluation when they're not forensic accountants and did not receive proper banking information (474)

19. September 14th, 2023, devalued appraisal that was done outside of the discovery time but still the award for that criminal appraisal was still honored by Judge Hoffman and I am entitled to have that.

20. He coerced me to file taxes in 2021 and caused me to have to file Innocent Spousal Relief because he again broke his our agreement and was evading taxes.

21. Krishna has withheld Employer Retention Credit

22. He fraudulently filed a COVID-19 Forbearance with the mortgage lender 2022 to 2023 and hid/squandered over 20,000.00 dollars

23. He's been allowed to pay himself a salary from our business that was confirmed in an email to me and his attorney June 20, 2023 (475, 566).

24. April 8, 2024 – to present - Krishna owes me $35,000.00 dollars from to present for reimbursement due to the monies I've had to spend to maintain as a result of him and the court not addressing the RIOC Act, financial criminal activity.

25. September 9, 2024 - Judge Hoffman has not placed any sanctions or Judgements, civil penalties for him failing to appear at the Probation Enforcement hearing and still allowed him to not pay the full alimony as he's supposed to and knowing he's stolen all of my assets because the Court refused to address RICO Act.

12

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

26. April 30th, 2024, Krishna owes me $33,672.00 and the Court's continual discriminatory leniency is financially harming me. Judge Hoffman will not hold Krishna Madagoni or the attorneys accountable for their contempt behavior.

27. November 1, 2022 - Richard Renza, Esq and my previous attorney Andrew Shaw and Sarah Mulrean hid our business income by not following the agreed upon Case Management Order and not mentioning to me that there were business tax returns that I was entitled to have.

28. August 30, 2024 - Judge Hoffman and Judge Harrington deprived me of my rights my 1st and 14th Amendment constitutional rights. The Appellate Judge Natali, Jr, and Judge Morris G. Smith, GRANTED from my current open appeal from Docket A-002734-23, Motion NO.: 006320-23, to file any application in any Court to enforce any previous order so the court reopened my FM Docket for a hearing for October 11, 2024 due to an appropriate application.

29. September 18, 2024 now October 24th, 2024 – a hearing has been rescheduled in the Special Civil Docket. Another delayed tactic the court practices implementing undue deference.

30. Because of all of their wrongdoing, I've had to file appeals because Judge Hoffman per Court Rules "variant rules" didn't apply the law in my cases so I have had to go through extensive research to litigate and to try to get back what Krishna was able to steal and conceal from me through Judge Hoffman, Judge Harrington and all Attorneys on record and for this reason I have been forced to file additional complaints. I have now a total of 6 complaints and filing this Federal Complaint will be 7. For example, I have an open appeal Docket A-003181-23, and a Motion to Stay, Docket M-007084-23 through the Appellate Division. I have Special Civil Division Hearing in person dated October 24, 2024, and a hearing in FM Part on October 11, 2024, on zoom. Due to my Affirmative Relief, I have filed papers to Eject Krishna from holding my properties and my monies hostage.

31. March 3rd, 2023- to present- Judge Hoffman allowed my business health insurance to be cancelled (A-203) through my business Madagoni, LLC.

13

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

32. June 2018 to present- Discriminated in Company committing nepotism

33. September 26, 2024 – Krishna and his attorney are still filing papers asking the Court to do illegal actions against me when all of them have stolen from me violating our marital agreements (A-260).

34. Violating Rules of Professional Conduct-Richard Renza, Esq, assisting his client in committing financial harm against me and my sons.

35. Who else involved: Judge Hoffman (Chancery Part), Judge Harrington (Special Civil Part), Customers of Madagoni, LLC, dba madagoni.com of madagoni.com, K3 Innovations, TECHTRUE, LLC, J&J Two, LLC, Integral Partners, First Commerce Bank, Reagan Bhatia (Madagoni, LLC Tax Accountant), Dan and Ryan O'Connell, Stonebridge, Inc and its Advisory Team, Hassan (his friend at our queens New York ceremony, Hanumantha Kurapati "NJ3", Pranay Reddy Yenkammagari, VISAPOR, LLC, Ali and Pam; Proof of Loss Fraud reported to the Hartford Business insurance Fraud Unit Patricia Ricciuti; CS Priyanka Dhyani, Dr. Dravin Varma (AB-Cube signer, 2019), Virtue Encoding LTD, JM FACET, SHOPIFY-EP, Damilioa Abe, Taehan Kim, Damiloa Abe, Sandy (softstandards), Muralist R. Dugyala (softstandards), SHEIN DISTRIBUTION CORPORATION, OMS WORLDWIDE, Inspiration Financial, Bank of America, Axis Bank Hyderabad India, CSI COMPRESSCO LP (stock), Ellizabeth G. Paul, Govind Reddy Devender Reddy, Surjana Perumaila, Gopal Bonthapalli, Mrs. Roy from AB-CubeGlory E. Varghese, Rakesh Venigalla, Venkata Subb Rao Venigalla, Padma C. Putcha, Padma Chanralekha Putcha, LIC Housing Finance Limited, Hyderabad, India-Purushortham, Praneeth, Jay Asoka (previous Virtus manager), Amog Tathis (previous Novartis Manager), William Schneider, Esq (538), the attorney who processed the Fraudulent Conveyance Deeds in PA; Action Real Estate, Vic and Kathy Lutsky, Haley A Monroe-Kucta, The Labor Condition Application processor, including all of the Certificate of Insurance holders that's mentioned in my filed papers. Stone Habor Law Firm, LLC, Richard Renza, Esq, Shaw Divorce & Family Law, LLC, Andrew Shaw and Sarah Mulrean, Segal Commercial Real Estate,

14

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

Anne Labate, Charles Teh Jr., South Jersey Settlement Agency, Krishna Goud, KrisT, Shekhar Madhagoni and Mr. Chandramouli Chandaluri, Specialty Realtors Private Limited, india (535).

## IV. Injuries:

1. I am being deprived of my marital fair share of my marital estate -bank accounts, retirement funds, businesses, real estate and other valuables that have been hidden from me.

2. Due to Krishna Madagoni underreporting income this has led to an unfair-calculations for spousal support (alimony).

3. Krishna Madagoni mismanagement of our business due to fraud has intentionally reduced the value of businesses requesting and being granted through Judge Hoffman a diminished share of my business worth (Conspiracy to Defraud, pattern of financial and criminal misconduct).

4. Emotional and Psychologically Krishna's financial crimes have caused me significant emotional distress for the emotional strain of his betrayal is devastating by the breach of trust, loss of financial security, and prolonged legal battles that Judge Hoffman allowed to continue through buried evidence.

5. These criminal acts have affected my mental health because of the many complexities that Judge Hoffman and Richard Renza, Esq and my previous attorneys Andrew and Sarah minimized in order to rush my case to trial. Their concerted efforts ignoring that I was being defrauded by my spouse at the time in my "tortured procedural history" per Judge Hoffman order June 14, 2024, has led to anxiety, depression and other physical and mental symptoms I experience every day which includes increased asthma attack episodes.

6. Credit has been damaged due to Krishna being allowed to commit racketeering activities against me.

7. As a victim of domestic violence and judicial violence, my legal costs have increased even though Shaw Divorce and Family Law have committed malpractice

15

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

against me they still bill me for their fraudulent representation, which is mentally draining and unfair.

V. Relief:

8. Pursuing both civil and criminal remedies in order to achieve justice and financial recovery:

9. Criminal charges for Krishna Madagoni making death threats to me and Extortion N.J.S.A. 2C:20-5.

10. Money Judgement/Treble Damages.

11. Grant my health insurances through my company.

12. I placed Lis Pendens on properties in Counties of Burlington, Ocean and Schuylkill due to theft, fraudulent conveyances, contempt of payment alimonies.

13. Rule 64 immediate ejection seizing my properties if the state court decides again that my advocacy is unnecessary per June 14th, 2024, orders and no hearing for it and was adjourned from May 3rd, 2024, at "courts discretion".

14. Awarding a larger share due to the financial crimes, including the uncovered hidden assets and because there are much more assets to uncover and awarding me control over our businesses or a stop work order due to his financial crimes and a Financial Restraining Order including will need subpoenas and litigation support due to vast complexities Krishna, Court, the Attorneys and others attempted to bury as if it never existed.

15. Compensation for Krishna Madagoni's wrongdoing Judge Hoffman and Judge Harrington ignored through his attorney as well Richard Renza and Andrew Shaw and Sarah Mulrean.

16. Seeking fraud claims based on fraud and misrepresentation.

17. RICO Claims-embezzlement repeated acts of fraud and theft-Treble damages.

18. Restitution Orders if Krishna Madagoni and the others are arrested, I would like restitution to cover my financial losses.

19. Contempt of Court including penalties for post-judgment failure to appear for Krishna Madagoni and failure to follow court orders.

16

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

20. Forensic Accounting services by David Gralnick, CPA/ABV is needed to trace additional hidden assets (440-545) which will support additional claims of compensation and penalties against the offenders and to stop wasting taxpayers and court staff time with prolonged litigation.

21. I believe I need Litigation Support (financial experts, Digital forensic, forensic document examiner and attorneys) to dismantle the continuous false court documents that the court doesn't require proof which is still happening allowing blaming and not holding wrongdoers accountable that still happening in my case fraud upon the court, concealment of assets, false testimony/perjury, lying under oath in response papers about income, assets that shows false statements, incomplete/tax returns of intentional material misrepresentation (437-592). Burlington Vicanige has allowed in all of our Pre-Judgement Orders as well as our Post-Judgement Orders for this type of gaslighting abusive litigation scheme intentional material misrepresentation causing fraud upon the court therefore Judge Hoffman's orders are void judgments because of Krishna and the attorney's fraudulent nasty litigation scandal.

22. Apply the Doctrine of Manifest injustice because Judge Hoffman and Judge Harrington did not care about my well-being nor did Krishna and any of the attorney's. They all attacked me and my sons through their action and inaction at our most vulnerable time in my life. Judge Hoffman ensured I was not on equal footing when the Madagoni's have more then enough assets.

23. All should be sanctioned, disbarment due to their misconduct in my case. The Court Rules/staff were not fair with me, unjust, oppressive, and completely unethical at Burlington Vicinage 3rd and 5th floor. The relief I am seeking is for the court to return my case back to the position before the judgement entered which is why I am seeking to enforce March 3rd, 2023, Pre-Judgement Order per my affirmative relief from the Appellate Court August 30th, 2024, of being able to make an application in any court (287, 593).   Judge Hoffman and Judge Harrington orders were unconstitutional, and both Judges allowed mole like behavior which is fraud upon

17

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

the court permitting theft of my home which I am entitled to have back and **[I have a recording with Krishna and I speaking on this that we agreed that he would be transferring my home into my name];** also about the diminished asset distribution which is unjust and unfair so I am seeking and I deserve justice for that part, just as if I had an attorney.

24. **I am seeking full disclosure or marital assets because he's been allowed to hide them. I have asked for this in FM Docket 03-1162-22 as well as in BUR DC 08**

25. I declare under penalty of perjury that the foregoing is true and correct.

Date 09/28/2024

Catherine Madagoni
Pro Se

18

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

Motion:

1.  If appropriate, I would like to rely upon Motion Brief submitted and available on PACER that have been submitted in Appeal Docket- A-003181-23, M-007084-23 as well as in Docket Appeal A-002734-23T4, M-006895-23. Richard Renza has already received for his client who is a Shareholder for the Defendant in this Law Suit and to save litigation cost, I would like to ask Your Honor if you would be so kind to please rely on previous proofs of Services that have been submitted to the Appellate Division (553).

2.  Would like to expand the record by adding additional information regarding hidden information by Krishna Madagoni him and his paramours plot and her fathers plot as well (437-440) to defraud me and my business including tax evasion plot as he has stated he did not know her during September 20, 2023, Trail which is on record and filed in above Motion Brief.

3.  Please see addition to Appendix that was submitted for Appeal A-3182 23T4/M-007084-23/ A-00273-23/ M-006320-23 that I am including for my Federal Claim. These have been served to Richard Renza, Esq, and Madagoni,LLC dba Madagoni.com are in receipt of all documents.

4.  I declare under penalty of perjury that the foregoing is true and correct.

5.  Please see below Appendix.

Date 09/28/2024

Catherine Madagoni
Pro Se

19

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

APPENDIX

87. Paramours International Student Affidavit Harrisburg University...........................437

88. January 27, 2020 email communication Krishna and Paramour...........................438

89. Letter from Mr. Chandramouli Chandaluri f/o the Paramour..................................439

90. Paramours Grade School Certificate sent to Krishna 2020....................................440

91. Bluebird Email from Krishna submitted to Patricia at the Hartford..........................441

92. SoftStandards Solution Email from Krishna provided by Sanjay Bonthapally..............443

93. Krishna Madagoni hand written in English in Telegu language....................................453

94. Western Union electronic transfers across country by Krishna.................................454

95. Wire transfer to Surjana Perumaila...............................................................454

96. Wire transfer payment 01/24/2020 Mastercard 9518.................................................455

97. Wire transfer Mastercard payment 01/29/2020.........................................................457

98. Pharmaceutical Services Private Limited Bill...........................................................459

99. WestLaw Company Investigator Madagoni Pharmaceutical Serv Pvt Limited..........460

100. Krishna Madagoni handwritten in English in language..............................................466

101. WestLaw Company Investigator Madagoni OU.......................................................467

102.WestLaw Company Investigator Madagoni LLC.......................................................470

103. First Commerce Bank ACH Manager Payment to Krishna Madagoni........................474

104. Ryan O'Connell from Stonebridge Advisory emails & income taxes........,,,..............475

105. Krishna Madagoni India Axis Bank Account...........................................................517

106. AB-Cube payment in France...................................................................................518

107. Joint Bank of America Europe payment unbeknownst to me...................................521

107. Reply Certification 07/01/2023 of Fraud.................................................................523

108. Petebytz Technology Services Pvt Lmt...................................................................529

109. DNB PROFILE Email 09/26/2023 of Petabytz Krishna being Principal.......................532

110. Krishna as a Dir. of Spacerally Realtors Private Limited 05/16/2019.........................535

20

CATHERINE MADAGONI
FEDERAL LAWSUIT COMPLAINT

111.William Schneider, Esq, Chandaluri Fraudulent Conveyance email...........................538

112. The Hartford Business Insurance Policy.................................................................545

113. SEVP Response Center/Address Fraud.................................................................549

114. Krishna Breaching Fiduciary Agreement...............................................................552

115. Parts of my Dismissal Request after Trail Dated 10/29/2023...................................553

116. Proof of Service for Motion Brief in Federal Claim from Appellate Div Appeal..........557

117. Paramours Passport showing from India.................................................................559

118. WestLaw Company Investigator Petabytz Technologies Incorporated......................560

119. First Commerce & Santander Questionable debits &credit bad faith litigation ........566

120. WestLaw Company Investigator Petabytz Technologies Corporation........................576

121. MPS Pvt Ltd India Company Incorporation Application 06/24/2019 DIR-12 FORM....581

122. Union Bank of India Payment for DIR-12 Form.......................................................587

123. March 17, 2024, Lists Judge Hoffman Requested....................................................589

124. August 30th, 2024, Appellate Division Affirmative Relief..........................................593

21

FM-03-001162-22   06/12/2023 04:20:31 PM   Pg 6 of 20   Trans ID: FAM2023657665



**UnitedHealthcare**
StudentResources

2021-22 Academic Ye

Insured:  Pragathi Chandaluri
SR ID #:
Plan Name:  Oswego State University of New York - Int'l Student and Sch:

Policy # (80840):  2021-203438-

Members: Customer Service
**1-888-714-6544**

Providers: Customer Service
**1-888-224-4875**

Virtual Visits: Medical/Mental Health
1-855-870-5858    telehealth4students.com
24/7 SAP: Counseling Services 1-866-671-9302
Fully Insured- Deductibles, coinsurance and copays apply: call
Customer Service for details.

Healthcare Options PPO Network

Rx Bin:
Rx PCN



VNUSABARLAPUDI<<KUMAR<SAMPATH<<<<<<<<<<<<<<<<<

M2<9IND9402216M2101129F1HYD0G8QK220273



# H-1B and H-1B1 Data Collection and
# Filing Fee Exemption Supplement

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 10/31/2021

1. Name of the Petitioner

Madagoni LLC

2. Name of the Beneficiary

Kumar Sampath BARLAPUDI

## Section 1.   General Information

1. **Employer Information** - (select all items that apply)

   a. Is the petitioner an H-1B dependent employer? — ☐ Yes ☒ No

   b. Has the petitioner ever been found to be a willful violator? — ☐ Yes ☒ No

   c. Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? — ☒ Yes ☐ No

      c.1. If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? — ☐ Yes ☒ No

      c.2. Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? — ☒ Yes ☐ No

   d. Does the petitioner employ 50 or more individuals in the United States? — ☐ Yes ☒ No

      d.1. If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? — ☐ Yes ☐ No

2. **Beneficiary's Highest Level of Education** (select only one box)

   ☐ a. NO DIPLOMA

   ☐ b. HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)

   ☐ c. Some college credit, but less than 1 year

   ☐ d. One or more years of college, no degree

   ☐ e. Associate's degree (for example: AA, AS)

   ☐ f. Bachelor's degree (for example: BA, AB, BS)

   ☒ g. Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

   ☐ h. Professional degree (for example: MD, DDS, DVM, LLB, JD)

   ☐ i. Doctorate degree (for example: PhD, EdD)

3. Major/Primary Field of Study

Chemistry

4. Rate of Pay Per Year

$58,739

5. DOT Code

0 2 2

6. NAICS Code

5 4 1 6 1 2

## Section 2.   Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional $1,500 or $750 American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

1. Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)? — ☐ Yes ☒ No

2. Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)? — ☐ Yes ☒ No

OMB Approval: 1205-0310
Expiration Date: 10/31/2021



### Labor Condition Application for Nonimmigrant Workers
### Form ETA-9035 & 9035E
### U.S. Department of Labor

If you marked "Yes" to questions H.a.1 (H-1B dependent) and/or H.a.2 (H-1B willful violator) and "No" to question H.a.3 (exempt H-1B nonimmigrant workers), you **MUST** read Section H – Subsection 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.

**b. Subsection 2**

A. Displacement: An H-1B dependent or willful violator employer is prohibited from displacing a U.S. worker in its own workforce within the period beginning 90 days before and ending 90 days after the date of filing of the visa petition. 20 CFR 655.738(c);

B. Secondary Displacement: An H-1B dependent or willful violator employer is prohibited from placing an H-1B nonimmigrant worker(s) with another/secondary employer where there are indicia of an employment relationship between the nonimmigrant worker(s) and that other/secondary employer (thus possibly affecting the jobs of U.S. workers employed by that other employer), unless and until the employer subject to this LCA makes the inquiries and/or receives the information set forth in 20 CFR 655.738(d)(5) concerning that other/secondary employer's displacement of similarly employed U.S. workers in its workforce within the period beginning 90 days before and ending 90 days after the date of such placement. 20 CFR 655.738(c). Even if the required inquiry of the secondary employer is made, the H-1B dependent or willful violator employer will be subject to a finding of a violation of the secondary displacement prohibition if the secondary employer in fact, displaces any U.S. worker(s) during the applicable time period; and

C. Recruitment and Hiring: Prior to filing this LCA or any petition or request for extension of status for nonimmigrant worker(s) supported by this LCA, the H-1B dependent or willful violator employer must take good faith steps to recruit U.S. workers for the job(s) using procedures that meet industry-wide standards and offer compensation that is at least as great as the required wage to be paid to the nonimmigrant worker(s) pursuant to 20 CFR 655.731(a). The employer must offer the job(s) to any U.S. worker who applies and is equally or better qualified for the job than the nonimmigrant worker. 20 CFR 655.739

| | |
|---|---|
| 6. **I have read and agree** to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section H – Subsections 1 and 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. § | ☐ Yes  ☐ No |

### I. Public Disclosure Information

! **Important Note**: You **must** select one or both of the options listed in this Section.

| | |
|---|---|
| 1. Public disclosure information in the United States will be kept at: * | ☒ Employer's principal place of business<br>☐ Place of employment |

### J. Notice of Obligations

A. Upon receipt of the certified LCA, the employer must take the following actions.
- Print and sign a hard copy of the LCA if filing electronically (20 CFR 655.730(c)(3));
- Maintain the original signed and certified LCA in the employer's files (20 CFR 655.705(c)(2), 20 CFR 655.730(c)(3); and 20 CFR 655.760); and
- Make a copy of the LCA, as well as necessary supporting documentation required by the Department of Labor regulations, available for public examination in a public access file at the employer's principal place of business in the U.S. or at the place of employment within one working day after the date on which the LCA is filed with the Department of Labor (20 CFR 655.705(c)(2) and 20 CFR 655.760).

B. The employer must develop sufficient documentation to meet its burden of proof with respect to the validity of the statements made in its LCA and the accuracy of information provided, in the event that such statement or information is challenged (20 CFR 655.705(c)(5) and 20 CFR 655.700(d)(4)(iv)).

C. The employer must make this LCA, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act (20 CFR 655.760 and 20 CFR Subpart I)

*I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge, the information contained therein is true and accurate. I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both (18 U.S.C. 2, 1001,1546,1621).*

| 1. Last (family) name of hiring or designated official * | 2. First (given) name of hiring or designated official * | 3. Middle initial § |
|---|---|---|
| Madagoni | Krishna | |

| 4. Hiring or designated official title * |
|---|
| Chief Executive Officer |

| 5 Signature * | 6 Date signed * |
|---|---|
| N. Krishna | 06 22 2020 |

| | FOR DEPARTMENT OF LABOR USE ONLY | | Page 5 of 6 |
|---|---|---|---|
| Form ETA-9035/9035E | | | |
| Case Number: I-200-20167-652815 | Case Status  Certified | Period of Employment  10/1/2020  to  9/30/2023 | |

 United Healthcare Oxford

  Catherin

Home | Small Group Quoting & Renewals ⌄ | Manage Members ⌃ | Billing & Payment | Reports ⌄ | Plan & Rate Information ⌄ | Resources ⌄

‹ Member Search

# Member Management

MADAGONI LLC
GROUP NUMBER : 1424758

Add Dependent    Request ID Card    Terminate Member

## Kumarsampath Barlap...
**26815989600 | Subscriber | TERMED**

Reins

## Personal Information

| | |
|---|---|
| First Name | Kumarsampath |
| Middle Name | |
| Last Name | Barlapudi |
| Suffix | |
| Social Security Number | XXX-XX- |
| Reason SSN not provided | |
| Gender | Male |
| Birth Date | |
| Date of Hire | 01/27/2020 |
| Date of Qualifying Event | 01/27/2020 |
| Direct Bill Indicator | No |
| Continuation | No |
| Member Effective Date | 03/01/2022 |

## Contact Information

25

| | |
|---|---|
| Home Address Line 1 | 303 Blue Spring Rd 303 |
| Home Address Line 2 | |
| Home Zip Code | 08540 |
| Home City | PRINCETON |
| Home State | NEW JERSEY |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| Email Address | |
| Preferred Phone | |

## Medical

| | |
|---|---|
| Coverage Period | 03/01/2023 - 05/31/2023 |
| Billing Group | 1214311 - Default Bill Group |
| Medical Plan | 29502803 - All Eligible |
| Plan Documents | 📄 **Summary Benefits Coverage**    📄 **Detailed Benefits** <br> 📄 **Member Handbook** |

## Provider Information

| | |
|---|---|
| PCP Effective Date | 03/01/2023 - 05/31/2023 |
| PCP | AMIRA KHATIB (Provider Location Affiliation ID - 2637180) |

26

Case 3:24-cv-09611-ZNQ-JTQ    Document 1    Filed 09/30/24    Page 35 of 97 PageID: 35



भारत गणराज्य **REPUBLIC OF INDIA**

| टाइप / Type | राष्ट्र कोड / Country Code | पासपोर्ट न / Passport No |
|---|---|---|
| P | IND | |

उपनाम / Surname
**MADAGONI**

दिया गया नाम / Given Name(s)
**KRISHNA**

राष्ट्रीयता / Nationality — लिंग / Sex — जन्म तिथि / Date of Birth
**INDIAN**     **M**     08/     /1988

जन्म स्थान / Place of Birth
**PANTHANGI, ANDHRA PRADESH**

जारी करने का स्थान / Place of Issue
**HYDERABAD**

जारी करने की तिथि / Date of Issue — समाप्ति की तिथि / Date of Expiry
**20/05/2014**     **19/05/2024**

P<INDMADAGONI<<KRISHNA<<<<<<<<<<<<<<<<<<<<<<<<
 IND8802082M2405193<<<<<<<<<<<<<<<<4

## PHOTOGRAPHS AND FINGERPRINTS AS PER SECTION 32A OF REGISTRATION ACT, 1908.



| Sl.No. | FINGER PRINT IN BLACK INK (LEFT THUMB) | PASSPORT SIZE PHOTOGRAPH | NAME & PERMANENT POSTAL ADDRESS OF PRESENTANT/SELLER/ BUYER |
|---|---|---|---|
| | | | Krishna Madagani 800 columbus Rd Burlington, NJ 08016 |
| | | PHOTO BLACK & WHITE | |
| | | PHOTO BLACK & WHITE | |
| | | PHOTO BLACK & WHITE | |

SIGNATURE OF WITNESSES

1. Pranay.Reddy.Y.    sampath. Ballapudi.

2.

SIGNATURE OF EXECUTANTS

NOTE : If the Buyer(s) is/are not present before the Sub Registrar, the following request should be signed.

I/We send herewith my/our phtograph(s) and fingerprints in the form prescribed, through my representative, Sri ............................................................ as I / We cannot appear personally before the Registering Officer in the Office of Sub-Registrar of Assurances ............................................................

Signature of the Representative

STATE OF NEW JERSEY
COUNTY OF MIDDLESEX

Signature(s) of BUYER(s)

Sworn to (or affirmed) and subscribed before me
this _15_ day of _Feb_, 202_1_,
by _Krishna Madagani_ ;

Kalpesh Patel - Notary Public
My Commission Expires 11-23-2021

Case 3:24-cv-09611-ZNQ-JTQ    Document 1    Filed 09/30/24    Page 37 of 97 PageID: 37





आयकर विभाग
**INCOME TAX DEPARTMENT**

**KRISHNA MADAGONI**

**BUCHAIAH MADAGONI**

**08/02/1988**

Permanent Account Number

*M. Krishna*

Signature

भारत सरकार
**GOVT. OF INDIA**





28062014





## UNIQUE IDENTIFICATION AUTHORITY OF INDIA

చిరునామా:

S/O  మదగోని బుచ్చయ్య

ఇంటి నం 5-78/1

చౌటుప్పల్ మండలం, పంతంగి

నల్లగొండ, ఆంధ్ర ప్రదేశ్, 508252

Address :

S/O Madagoni Buchaiah

H No 5-78/1

choutuppal mandalam, Panthangi

Nalgonda, Andhra Pradesh, 508252

# Aadhaar - **Saamanyuni Hakku**

M.Kum 02/13/204

**Bank of America**

Funds Transfer Request Authorization (FTRA)

### Customer Information

| | | | |
|---|---|---|---|
| Name: | KRISHNA MADAGONI | Address: | 800 COLUMBUS RD |
| Phone: | (848)391-3741 | | BURLINGTON |
| | | | NJ 080161802 US |

### Account Information

| | |
|---|---|
| Account: | PER_4211 |
| Account Title: | KRISHNA MADAGONI CATHERINE CORINA |
| Requestor Name: | |

### Wire Information

| | | | |
|---|---|---|---|
| Wire Type: | INTERNATIONAL | Wire Date: | 05/23/2019 |
| Country: | FR | Wire Amount (USD): | 6,906.60 |
| Currency of Recipient Account: | EUR | Wire Amount (FX): | 6,000.00 |
| Source: | IN PERSON | Exchange Rate: | 1.1511 |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | Ref ID: | TE-3-7-158632371 |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | Wire Fee: | 35.00 |

### Recipient Information

| | | | |
|---|---|---|---|
| Recipient Name: | SARL AB CUBE | Bank Name: | HSBC FRANCE |
| Account Number Type: | IBAN | Bank ID: | FR: |
| Account Number: | FR763 | Address: | 3 RUE DES MATHURINS |
| Address: | 21 BIS BOULEVARD P. VAILLANT COUTURIER MONTREUIL 93100 FR | | PARIS VILLE DE PARIS 75009 FR |

Information about payment:

| | | |
|---|---|---|
| Purpose of Payment: | SERVICES | Additional Phone Advice: |
| Additional Reference Information: | | Additional Bank Instructions: |

### Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____   Date of Request _____/_____/_____

### IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) | Leader Exception Granted (leader must place their initials or signature in box below) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | Check # | Exception Reason _____ |

#### FOR BANK USE ONLY: Financial Center Information

| | | | |
|---|---|---|---|
| Financial Center Name | EAST NASSAU | Date | May 23 2019 |
| Company #/Cost Center # | 00035 0090202 | Phone # | 609-683-0914 |
| Initiating Associate Name | BRITO ANTONIO | Remittance ID # | A4HBSMNVK |

3 2

**Bank of America**

PRE-PAYMENT DISCLOSURE
Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

Date: May 23, 2019

Not a Receipt

| | |
|---|---|
| Transfer Amount | $6,906.60 |
| Transfer Fees | +$35.00 |
| **Total** | **$6,941.60** |

| | |
|---|---|
| **Exchange Rate** | **1.00 EUR = $1.1511 USD** |

| | |
|---|---|
| Transfer Amount | 6,000.00 EUR |
| Other Fees* | Estimated -15.00 EUR |
| **Total to Recipient** | **Estimated 5,985.00 EUR** |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

In the event you have provided an incorrect account number or recipient financial institution identifier, we may not be able to recover the funds and you may lose the Transfer Amount.

PPD - Banking Center

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

33



REMITTANCE TRANSFER RECEIPT
Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

Remittance Transfer Date:
May 23, 2019

SENDER:

KRISHNA MADAGONI
800 COLUMBUS RD
BURLINGTON NJ 080161802

RECIPIENT:

SARL AB CUBE
21 BIS BOULEVARD
P. VAILLANT COUTURIER
MONTREUIL 93100
FR

REMITTANCE TRANSFER INFORMATION:
Confirmation Code: A4HBSMNVK
Date Available: May 27, 2019
Funds may be available sooner

RECIPIENT BANK INFORMATION:
Bank Name: HSBC FRANCE
Account Name: SARL AB CUBE
Bank Account #:
***********************4683
Routing ID: FR3C

| | |
|---|---|
| Transfer Amount | $6,906.60 |
| Transfer Fees | +$35.00 |
| **Total** | **$6,941.60** |

| | |
|---|---|
| **Exchange Rate** | **1.00 EUR = $1.1511 USD** |

| | |
|---|---|
| Transfer Amount | 6,000.00 EUR |
| Other Fees* | Estimated -15.00 EUR |
| **Total to Recipient** | **Estimated 5,985.00 EUR** |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1.877.337.8357, or from outside of the U.S., contact us at 1.302.781.6374 (collect calls accepted); or www.bankofamerica.com/internationalremittancetransfer. You can also contact us for a written explanation of your rights.

You can cancel this transfer for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited. Please visit your local financial center or call 1.877.337.8357.

For questions or complaints about Bank of America, N.A., contact:
Consumer Financial Protection Bureau
855.411.2372
855.729.2372 (TTY/TDD)
www.consumerfinance.gov/sending-money

| Customer Signature | Date |
|---|---|
| | |

RTR - Banking Center

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

Bank of America, N.A., may make money from the foreign currency exchange.

**BANK OF AMERICA**
**Funds Transfer Request Authorization (FTRA)**

| Customer Information | | | |
|---|---|---|---|
| Name: | KRISHNA MADAGONI | Address: | 800 COLUMBUS RD |
| Phone: | (848)391-3741 | | BURLINGTON |
| | | | NJ 080161802 US |

| Account Information | |
|---|---|
| Account: | PER_4211 |
| Account Title: | KRISHNA MADAGONI CATHERINE CORINA |
| Requestor Name: | |

*Previous joint acct.*

| Wire Information | | | |
|---|---|---|---|
| Wire Type: | INTERNATIONAL | Wire Date: | 09/02/2020 |
| Country: | FR | Wire Amount (USD): | 719.56 |
| Currency of Recipient Account: | EUR | Wire Amount (FX): | 590.00 |
| Source: | IN PERSON | Exchange Rate: | 1.2196 |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | Ref ID: | TE-2-13-153622699 |
| ID Verification/Type: | | Wire Fee: | 0.00 |

| Recipient Information | | | |
|---|---|---|---|
| Recipient Name: | AB CUBE | Bank Name: | HSBC FRANCE |
| Account Number Type: | IBAN | Bank ID: | CCFRFRPP |
| Account Number: | FR763( | Address: | 103 AVENUE DES CHAMPS-ELYSEES |
| Address: | 21 BIS BOULEVARD PAUL MONTREUIL FR | | PARIS VILLE DE PARIS 75419 FR |

Information about payment:

| | | |
|---|---|---|
| Purpose of Payment: | SERVICES | Additional Phone Advice: |
| Additional Reference Information: | | Additional Bank Instructions: |

| Customer Approval |
|---|

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____     Date of Request _____/_____/_____

| IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below) | | | | |
|---|---|---|---|---|
| **Not Applicable** (check box if no signature verification is required) | **Signature Card** (check box if signature card was reviewed) | **Business Resolution** (check box if business resolution was reviewed) | **Posted Check#** (reference PRO for date guidelines) (complete field below) | **Leader Exception Granted** (leader must place their initials or signature in box below) |
| ☐ | ☐ | ☐ | Check # | Exception Reason |

| FOR BANK USE ONLY: Financial Center Information | | | | |
|---|---|---|---|---|
| Financial Center Name | WILLINGBORO | | Date | September 2, 2020 |
| Company #/Cost Center # | 00035 0093242 | | Phone # | 609-858-2355 |
| Initiating Associate Name | BRITT BERLINDA | | Remittance ID # | XPGCT9APM |

35

PRE-PAYMENT DISCLOSURE                          Date: September 02, 2020
Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

| Not a Receipt |
|---|

| | |
|---|---:|
| **Transfer Amount** | $719.56 |
| Transfer Fees | +$0.00 |
| **Total** | **$719.56** |
| | |
| **Exchange Rate** | **1.00 EUR = $1.2196 USD** |
| | |
| Transfer Amount | 590.00 EUR |
| Other Fees* | -0.00 EUR |
| **Total to Recipient** | **590.00 EUR** |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

In the event you have provided an incorrect account number or recipient financial institution identifier, we may not be able to recover the funds and you may lose the Transfer Amount.

PPD - Banking Center

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

Markups associated with the currency conversion are included in the Bank of America exchange rate.



4305 Dearborn Cir
Mount Laurel, NJ 08054-4117
856.778.5952

September 28, 2024 6:18 PM
Receipt #: UWBXT00109831

$50.30

FedEx Express
FedEx Priority Overnight
778890844913

Recipient Address
Madagoni LLC
247 E Front St
Suite 109
TRENTON, NJ 08611, US
848-391-374
Scheduled Delivery Date: 10/01/2024
Pricing Option: One Rate
Package Information: FedEx Pak
Additional Services:
No Signature Required
FEDEX_ONE_RATE
EMAIL_NOTIFICATION
Package Weight: 1.75 lbs (S)
Declared Value: $1

Express Subtotal          $50.30

Tax          $0.00
Total          $50.30

************** PURCHASE **************
APPROVED

$50.30

Total:

27

Appendix



oogle.com/mail/u/0/?tab=rm&ogbl#search/india+bank/FMfcgxwGBmtvtzFHzJQRzbQSxSGRfxWV?projector=1&messagePartId=0.2

# UNIVERSITY
OF SCIENCE AND TECHNOLOGY

## INTERNATIONAL STUDENT AFFIDAVIT OF SUPPORT

To be issued a Form I-20 from Harrisburg University, a student living independently must be guaranteed $28,500 as a graduate student or $38,450 as an undergraduate student in U.S. dollars per year in financial support. This form is an essential part of your application for an I-20 and should be submitted well in advance of the intended start date. Please complete the entire form, save and include attached documentation of pledged support. An incomplete affidavit will not be accepted and will be returned.

**Please email all materials to: Sinfanti@HarrisburgU.edu**

Given Name (First Name): **PRAGATHI**
Middle Name:
Family Name (Last Name): **CHANDALURI**
Date of Birth (month/date/year): **03/02/1991**

Mailing Address: **Pragathipharmd@gmail.com**
Number/Street: **23-1150-103**

City: **NELLORE**
State/Province: **ANDHRA PRADESH**
Pin Code: **524003**
Country: **INDIA**

Home Phone Number:
Cell Phone Number:
E-Mail Address:

**Student Certification** I certify that this and all documents submitted to Harrisburg University in support of my application are true and correct to the best of my knowledge. I understand that cancellation of my admission may result if any information is found to be incomplete, inaccurate, or late.

Applicant's Signature:
Date: **21/1/2020**

**Section A: 1 Full Support by Self, Family, Relative, Private Organization or Government Agency**

I, **CHANDALURI CHANDRA MOULI** certify, that I will assume full responsibility for all educational and living
(Sponsor Name)
expenses for **CHANDALURI PRAGATHI** while attending Harrisburg University of Science and Technology.
(Applicant)
I will provide the applicant support of $ **27,817** U.S. dollars per year. (Please attach bank statements or other

437

437



**Pragathi Pharmd**
to me

| | |
|---|---|
| from: | **Pragathi Pharmd** <pragathipharmd@gmail.com> |
| to: | krisraj1988@gmail.com |
| date: | Jan 27, 2020, 9:09 AM |
| subject: | Fwd: Emailing bank.pdf |
| mailed-by: | gmail.com |
| signed-by: | gmail.com |
| security: | 🔒 Standard encryption (TLS) Learn more |
| | Important mainly because you often read messages with this label. |

Received, thank you.      Thanks a lot.      Thanks for the mail.

438

438



mailing bank.pdf - krisraj1✉ ✕    +

C    🔒 mail.google.com/mail/u/0/?tab=rm&ogbl#search/india+bank/FMfcgxwGBmtvtzFHzJQRzbQSxSGRfxWV?projector=1&messagePartId=0.1

## TO WHOMSOEVER IT MAY CONCERN

This is to certify that Mr. Chandaluri Chandramouli F/o Miss Chandaluri Pragathi is maintaining a savings bank Account bearing No. ~~XXXXXXXXXX~~ at our Saidabad Branch, Hyderabad. He is residing at 3-1-640, plot no. 3, Shiva ram nivas, Kakathiya colony, LB nagar, Hyderabad as per our bank records. The closing balance in this account as on Today is Rs. 20,02,890/- (Rupees Twenty Lakhs Two Thousand Eight Hundred ninety Only)

This is approximately equivalent to US$ 27,817 (U.S. Dollar Twenty Seven Thousand Eight Hundred Seventeen Only).

NOTE:- One US $ is equal to Rs. 72.00 approximately as on date.

This certificate is issued as per our records and at the request of the account holder for his daughter's higher education.

42a





1/2/2022

## To Whomsoever it May Concern

Subject: Terminating Services

I hope this letter finds you well. I am writing to inform you of an important update regarding the replacement of the signing authority in our organization. Effective Jan 2, 2022, Govind Reddy will be the signing authority.

Please note that Krishna Madagoni has been removed from our organization effective Jan 2, 2022. He is no longer an employee, agent or member of BlueBix Solutions, Inc.

As we are going through this transition phase, we kindly request your support and cooperation for Govind Reddy.

If you have any questions or require additional information, please do not hesitate to contact me at sanjay@bluebixinc.com. We are excited about the future of BlueBix Solutions Inc. under Govind Reddy's leadership and look forward to the continued success of our organization.

Thank you for your continued support.

Yours sincerely,

Sanjay Kumar

CEO, BlueBix Solutions Inc.

1/2/2022

44|



AMBER RIGGS
Notary Public - State of Florida
Commission # HH41758

Amber Riggs

6, Kilmer Rd, Suite B-1, Edison, NJ 08817, USA
06/01/2023
Notarized online using audio-video communication

 Gmail

C Bali Cat <cmadagoni@gmail.com>

## Fwd: Bluebix document proof/ INSURED: Madagoni, LLC, POLICY No. 02 BDD IL 9577, Claim No. 564 FD 66876

1 message

**C Bali Cat** <cmadagoni@gmail.com>                                            Sat, Feb 10, 2024 at 6:09 AM
To: "BONDSALES (Large Commercial)" <BONDSALES@thehartford.com>, "Ricciuti, Patty (Core Claims)"
<Patricia.Ricciuti@thehartford.com>

Please see attached of another hidden IP address scheme of hidden ownership and missing profits stolen from me by
Krishna Madagoni through Bluebix.

Catherine Madagoni,


Keep smiling & praying it works 🌼


---------- Forwarded message ---------
From: **Krishna Madagoni** <krisraj1988@gmail.com>
Date: Thu, Jun 1, 2023 at 10:02 PM
Subject: Bluebix document proof
To: <cmadagoni@gmail.com>
CC: <Stoneharborlawoffice@gmail.com>


Hello Catherine,

Please see below documentation we will submit to the court.

Thanks
Krishna

📄 **TerminatingServices-Bluebix.pdf**
184K

442

 Gmail

C Bali Cat <cmadagoni@gmail.com>

## SoftStandard Solutions Letter - INSURED: Madagoni,LLC, POLICY No. 02 BDD IL 9577, Claim No. 564 FD 66876

1 message

**C Bali Cat** <cmadagoni@gmail.com>                        Sat, Feb 10, 2024 at 5:58 AM
To: "BONDSALES (Large Commercial)" <BONDSALES@thehartford.com>, "Ricciuti, Patty (Core Claims)"
<Patricia.Ricciuti@thehartford.com>

Please see attached.  Also, I will be sending over another notarized Proof of Loss miscalculated as well as wanted to add additional details.

Catherine Madagoni,


Keep smiling & praying it works ☺


---------- Forwarded message ---------
From: **Krishna Madagoni** <krisraj1988@gmail.com>
Date: Wed, May 24, 2023 at 4:45 PM
Subject: Check this document
To: <cmadagoni@gmail.com>, <Stoneharborlawoffice@gmail.com>


Hello Catherine,

Petabytz and Softstandard solutions are sent this document with notarized infront of commission, both companies saying they have updated to the state and federal governments but due to system issues still showing my name , but I am not responsible for anything liability or any transaction if comes up because I have a legal document, my attorney will submit to the court.



Thanks
Krishna


📄 **Corporate-Resolution-DocumentsSigned.pdf**
    911K


443

**SoftStandard Solutions**

## MINUTES OF THE DIRECTORS' MEETING

**MINUTES OF A MEETING OF DIRECTORS** of Softstandard Solutions LLC (the "Corporation") held virtually on this 3rd day of January, 2022.

1. The following members were present, constituting the entire board:
   Krishna Madagoni;
   Sanjay Kumar Bonthapally;
   Govind Reddy Devendar Reddy; and
   Glory E Varghese;

2. All the directors of the Corporation being present, formal notice calling the meeting was dispensed with, and the meeting declared to be regularly called.

3. **UPON A MOTION DULY MADE**, seconded and unanimously carried, Sanjay Kumar Bonthapally acted as Chairperson of the meeting and Govind Reddy Devendar Reddy as Secretary of the meeting.

4. The following memorandum was then read and ordered to be inserted in these minutes: "We, the directors of the Corporation consent to this meeting being at the above time and place and do waive notice and publication of this meeting, and consent to the transaction of such business, as may have come before it, as testified by our signatures below.

_____ (Signature)
Krishna Madagoni

_____ (Signature)
Sanjay Kumar Bonthapally

_____ (Signature)
Govind Reddy Devendar Reddy

_____ (Signature)
Glory E Varghese

5. Minutes of the last regular meeting were read and, upon motion duly made, seconded and carried, were adopted as read.



**SoftStandard Solutions**

Page 1 of 3

6. The Chairperson presented to the meeting and thereupon the following resolutions were offered, seconded and unanimously adopted.

**IT WAS RESOLVED THAT:**

1. The signing authority previously granted to the following individual is revoked:

   Krishna Madagoni.

   The Secretary of the Corporation is directed to communicate this amendment to all banks and other institutions affected by this resolution and to ensure proper enforcement of this resolution.

2. Krishna Madagoni is removed as Chief Financial Officer of the Corporation effective immediately. The office of Chief Financial Officer is now vacant.

3. Krishna Madagoni, and Glory E Varghese are appointed as directors of the Corporation until the next annual general meeting of the stockholders. The Secretary of the Corporation is authorized to perform all tasks as are necessary to give effect to this appointment.

4. We, the undersigned, being all the Directors of SoftStandard Solutions LLC, organized and existing under the laws of Texas, and having registered place at 815 Brazos St, Suite 500, Austin, TX 78701 and its principal place of business at 239 US-22, Suite 201, Green Brook, NJ 08812, hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors of the Corporation duly held and convened on Jan 03, 2022, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect.

5. The following named officer(s) and director(s) of the corporation are hereby appointed and directed to serve until the next annual meeting of stockholders, and/or until their successors are elected and appointed, or they are re-elected at their annual meeting.

   President: Sanjay Kumar Bonthapally

   Secretary: Govind Reddy Devendar Reddy

   Treasurer: Sanjay Kumar Bonthapally

   Director: Govind Reddy Devendar Reddy


SoftStandard
Solutions

445



Krishna Madagoni
Glory E Varghese
Sanjay Kumar Bonthapally

By affirmative votes noted as signatures below, a majority vote of the Members of SoftStandard Solutions LLC with authority to bind the Company approves the form and content of this resolution, to be effective immediately.

6. There being no further business to come before the meeting, the meeting was adjourned.

7. Dated in the State of Texas on the 3rd day of January, 2022.

_____ (Signature)
Krishna Madagoni

_____ (Signature)
Sanjay Kumar Bonthapally

Govind Reddy Devendar Reddy

Glory E Varghese

Chairperson Name: __Sanjay Kumar Bonthapally___



SoftStandard
Solutions

©2002-2022 SGINC CPA® Texas.

## MINUTES OF THE DIRECTORS' MEETING

**MINUTES OF A MEETING OF DIRECTORS** of Petabytz Technologies Inc (the "Corporation") held virtually on this 3rd day of January, 2022.

1. The following members were present, constituting the entire board:
   Krishna Madagoni;
   Sanjay Kumar Bonthapally;
   Gopal Bonthapalli; and
   Murali R Dugyala.

2. All the directors of the Corporation being present, formal notice calling the meeting was dispensed with, and the meeting declared to be regularly called.

3. **UPON A MOTION DULY MADE**, seconded and unanimously carried, Sanjay Kumar Bonthapally acted as Chairperson of the meeting and Gopal Bonthapalli as Secretary of the meeting.

4. The following memorandum was then read and ordered to be inserted in these minutes: "We, the directors of the Corporation consent to this meeting being held at the above time and place and do waive notice and publication of this meeting, and consent to the transaction of such business, as may have come before it, as testified by our signatures below.

_____ (Signature)
Krishna Madagoni

_____ (Signature)
Sanjay Kumar Bonthapally

_____ (Signature)
Gopal Bonthapalli

_____ (Signature)
Murali R Dugyala

5. Minutes of the last regular meeting were read and, upon motion duly made, seconded and carried, were adopted as read.



6. The Chairperson presented to the meeting and thereupon the following resolutions were offered, seconded and unanimously adopted.

**IT WAS RESOLVED THAT:**

1. The signing authority previously granted to the following individual is revoked:

   Krishna Madagoni.

   The Secretary of the Corporation is directed to communicate this amendment to all banks and other institutions affected by this resolution and to ensure proper enforcement of this resolution.

2. Krishna Madagoni is removed as Chief Financial Officer of the Corporation effective immediately. The office of Chief Financial Officer is now vacant.

3. Krishna Madagoni, and Murali R Dugyala are appointed as directors of the Corporation until the next annual general meeting of the stockholders. The Secretary of the Corporation is authorized to perform all tasks as are necessary to give effect to this appointment.

4. We, the undersigned, being all the Directors of Petabytz Technologies Inc, organized and existing under the laws of Delaware, and having its registered place of business at 8 The Green Suite 8137, Dover, Delaware 19901 (the "Corporation") and principal place of business at 6 Kilmer Rd, Suite B-1, Edison, NJ 08817, hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors of the Corporation duly held and convened on Jan 03, 2022, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect.

5. The following named officer(s) and director(s) of the corporation are hereby appointed and directed to serve until the next annual meeting of stockholders, and/or until their successors are elected and appointed, or they are re-elected at their annual meeting.

   President: Sanjay Kumar Bonthapally

   Secretary: Gopal Bonthapalli

   Treasurer: Sanjay Kumar Bonthapally

 

PETABYTZ



448

Director: Gopal Bonthapalli
     Krishna Madagoni
     Murali R Dugyala
     Sanjay Kumar Bonthapally

By affirmative votes noted as signatures below, a majority vote of the Members of Petabytz Technologies Inc with authority to bind the Company approves the form and content of this resolution, to be effective immediately.

6. There being no further business to come before the meeting, the meeting was adjourned.

7. Dated in the State of Delaware on the 3rd day of January, 2022.

_____ (Signature)

Krishna Madagoni

_____ (Signature)

Sanjay Kumar Bonthapally

_____ (Signature)

Gopal Bonthapalli

_____ (Signature)

Murali R Dugyala

Chairperson Name: __Sanjay Kumar Bonthapally___



©2002-2022 SGINC CPA® Texas.

449

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Corporate Resolution Documents |
| **FILE NAME** | Directors' Resolution SSS Copy (1).pdf and 1 other |
| **DOCUMENT ID** | 6a2e7374a0377db28702fba63cff0522331b2011 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Pending signature |

## Document History

| | | |
|---|---|---|
| **SENT** | **01 / 24 / 2022**<br>17:59:09 UTC | Sent for signature to Krishna Madagoni (krisraj1988@gmail.com), Sanjay Kumar Bonthapally (sanjay@petabytz.com), Govind Reddy Devendar Reddy (andyk3339@gmail.com), Murali R Dugyala (murali@softstandard.com), Glory R Varghese (sanjay.bont@gmail.com) and Gopal Bonthapalli (sandy@softstandard.com) from sanjay@petabytz.com<br>IP: 14.143.173.218 |
| **VIEWED** | **01 / 24 / 2022**<br>17:59:31 UTC | Viewed by Krishna Madagoni (krisraj1988@gmail.com)<br>IP: 73.150.45.139 |
| **VIEWED** | **01 / 24 / 2022**<br>18:00:53 UTC | Viewed by Gopal Bonthapalli (sandy@softstandard.com)<br>IP: 14.143.173.218 |
| **SIGNED** | **01 / 24 / 2022**<br>18:02:48 UTC | Signed by Gopal Bonthapalli (sandy@softstandard.com)<br>IP: 14.143.173.218 |

450

**Ⅴ HELLOSIGN**                                          Audit Trail

| | |
|---|---|
| **TITLE** | Corporate Resolution Documents |
| **FILE NAME** | Directors' Resolution SSS Copy (1).pdf and 1 other |
| **DOCUMENT ID** | 6a2e7374a0377db28702fba63cff0522331b2011 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Pending signature |

## Document History

| | | |
|---|---|---|
| SIGNED | **01 / 24 / 2022** 20:03:24 UTC | Signed by Krishna Madagoni (krisraj1988@gmail.com) IP: 73.150.45.139 |
| INCOMPLETE | **01 / 24 / 2022** 20:03:24 UTC | This document has not been fully executed by all signers. |

Powered by Ⅴ HELLOSIGN

451

# VIRGINIA ACKNOWLEDGMENT

State of Virginia                                         )
                                                         )
County of  Chesterfield _____                          )

On 05/24/2023 _____ before me, Jermeisha Curtia Justiniano _____,
        *Date*                              *Notary Name*

                                    Sanjay Kumar Bonthapally
personally appeared _____
                                    *Name(s) of Signer(s)*

❑    personally known to me **-- OR --**

❑    proved to me on the basis of the oath of _____ **-- OR --**
                                    *Name of Credible Witness*
                                                        Passport
☑    proved to me on the basis of satisfactory evidence: _____
                                                        *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies)
and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s),
or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument  for
the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: _____

**Jermeisha Curtia Justiniano**

REGISTRATION NUMBER
7888145
COMMISSION EXPIRES
June 30, 2024

Notary Commission Number: 7888145 _____
Notary Commission Expires: 06/30/2024 _____
*Notarized online using audio-video communication*

---

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: Minutes of Directors Meeting _____

Document Date: 05/24/2023 _____ Number of Pages (w/ certificate): 9 _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**           **Capacity(ies) Claimed by Signer(s)**
                Sanjay Kumar Bonthapally
Signer's Name: _____                Signer's Name: _____

❑  Corporate Officer  Title: _____          ❑  Corporate Officer   Title: _____
❑  Partner – ❑  Limited ❑  General            ❑  Partner – ❑  Limited ❑  General
☑  Individual ❑  Attorney in Fact             ❑  Individual ❑  Attorney in Fact
❑  Trustee   ❑  Guardian of Conservator       ❑  Trustee   ❑  Guardian of Conservator
❑  Other: _____                             ❑  Other: _____
                        Self
Signer Is Representing: _____               Signer Is Representing: _____

( 9 )

452



Moral:- NRI's support and Invest into Indian start ups not focusing on plots and Real estate. Real estate does'nt make Revenue, but start ups creates innovation and invents new things. creates jobs, improving Quality of Indian citizens.

sorry for my Telugu language. mistakes. — Krishna from New Jersey USA

453



454



Your tracking number (MTCN) is: 3040104922.

Transaction Date: 01/24/2020 08:36:50 ET

**Sender:**

| | |
|---|---|
| Name: | Krishna Madagoni |
| Address: | 38 CORBIN AVE |
| City: | JERSEY CITY |
| State: | NJ |
| ZIP Code: | 07306 |
| Country: | UNITED STATES |
| Phone Number: | 8483913741 |

**Receiver:**

| | |
|---|---|
| Name: | Sravana Penumalla |
| Country: | INDIA |
| Mobile Number: | 7989051521 |
| Expected Payout Location: | INDIA |

455



45✓



457



Thanks for using Western Union.

For a mobile transaction, this is your receipt. For all other transactions this is a summary of your online receipt.

Your tracking number (MTCN) is: 5374620202.

Transaction Date: 01/29/2020 14:04:15 ET

| Sender: | | Receiver: | |
|---|---|---|---|
| Name | Krishna Madagoni | Name: | Snigdha Perumalli |
| Address: | 38 CORBIN AVE | Country | INDIA |
| City | JERSEY CITY | Mobile Number | 9989021521 |
| State | NJ | Expected Payout Location | |
| ZIP Code | 07306 | | |
| Country | UNITED STATES | | |

468

# Monthly Invoice

| From:<br>MPS Pvt LtdPlot No: 38,<br>Beside Indira Public School,<br>Munaganoor, Hyderabad,<br>Telangana, Pin 501 511, India<br><br>Invoice No: FY 22-23/006<br>Date: 05th October 2022 | PAN             : AAMCM7321F<br>State / Code: Telangana /36<br>Category      : Consulting and Marketing Services<br>SAC Code      998311<br>GST Number: 36AAMCM7321F1ZF<br>Invoice Category: B2C |
|---|---|

| Details of Receiver (Billed to) ||
|---|---|
| To<br>Madagoni LLC<br>247 East Front Street,<br>Trenton NJ 08611 | State Code        : Outside India<br>GSTN Number    : Un-Registered Dealer<br>Place of Supply: Outside India |

Sub: Madagoni Marketing

| Particulars | Amount |
|---|---|
| Madagoni Marketing per Month | 4,000$/ Month |

| Tax Description | Tax Rate | Tax Amount |
|---|---|---|
| Integrated GST (IGST) | 0% | - |

| Total: | 4,000$/ Month |
|---|---|

Amount in Words: USD Four Thousand only

Total Owe Balance- 40,0000$ (Recurring payment until clear the balance).

459

For MPS Pvt Ltd

(5 Records)

Business Overview (1)
Quick Analysis Flags (1)
Background Information
D&B Worldbase Summary (1)
Full-Text Documents
D&B Worldbase (1)
Miscellaneous
Report Section(s) with no Matches (101)

## Business Overview (1 Section)



| | |
|---|---|
| **Address:** | PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511 |
| **Additional Entity Source(s):** | D&B Worldbase |
| **Active Ticker Symbols:** | |
| **Inactive Ticker Symbols:** | |
| **DUNS:** | 87-738-9107 |
| **Officers/Directors/Contacts:** | KRISHNA MADAGONI, DIRECTOR |
| **Officers/Directors/Contacts:** | SHEKHAR MADHAGONI, DIRECTOR |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | MADAGONI PHARMACEUTICAL SERVICES PRIVATE LIMITED | PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511 INDIA | Full-Text |

460

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | No |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | No |
| Other Businesses Linked to the Business Address: | No |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## D&B Worldbase (1 Record)

### To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | MADAGONI PHARMACEUTICAL SERVICES PRIVATE LIMITED | | |
| Business Address: | PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511 | Mailing Address: | ) |
| Country: | INDIA | | |
| Continent: | ASIA PACIFIC | | |
| Year Started: | 2019 | Operating Status: | ACTIVE |
| Duns ID: | 87-738-9107 | | |
| Last Update to Record: | 10/17/2022 | | |

### Management Team

| | | | |
|---|---|---|---|
| CEO Name: | SHEKHAR MADHAGONI | Title: | DIRECTOR |
| Executive Name: | KRISHNA MADAGONI | Title: | DIRECTOR |

### Business Details

| | | | |
|---|---|---|---|
| Line of Business: | HEALTH/ALLIED SERVICES | | |
| Primary SIC: | 8099 | Primary SIC Description: | HEALTH/ALLIED SERVICES |
| Total Employees: | 22-MODELED* | Employees Here: | 22-MODELED |
| | *PRINCIPALS NOT INCLUDED IN TOTAL | | |

### Financial Information

| | | | |
|---|---|---|---|
| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | INDIAN RUPEE | | |

### Sales Information

| | | | |
|---|---|---|---|
| Annual Sales US: | $2,374,702 | Annual Sales Local: | 193,853,224-MODELED |

### Company History/Operations/Relationships & Other Information

### This Company's Specifics

| | | | |
|---|---|---|---|
| DUNS: | 87-738-9107 | | |
| Business Is A: | SINGLE LOCATION | | |

461

| Parent Company Address: | |
|---|---|
| Ultimate Company Address: | |
| Headquarters Company Address: | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## Report Section(s) with no Matches (101 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, Corporate Filings Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Associate Analytics Chart, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, Corporate Filings, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records

462

(5 Records)

Business Overview (1)
Quick Analysis Flags (1)
Background Information
D&B Worldbase Summary (1)
Full-Text Documents
D&B Worldbase (1)
Miscellaneous
Report Section(s) with no Matches (101)

## Business Overview (1 Section)



| Address: | PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511 |
|---|---|
| Additional Entity Source(s): | D&B Worldbase |
| Active Ticker Symbols: | |
| Inactive Ticker Symbols: | |
| DUNS: | 87-738-9107 |
| Officers/Directors/Contacts: | KRISHNA MADAGONI, DIRECTOR |
| Officers/Directors/Contacts: | SHEKHAR MADHAGONI, DIRECTOR |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | MADAGONI PHARMACEUTICAL SERVICES PRIVATE LIMITED | PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511 INDIA | Full-Text |

463

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | No |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | No |
| Other Businesses Linked to the Business Address: | No |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## D&B Worldbase (1 Record)

To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | MADAGONI PHARMACEUTICAL SERVICES PRIVATE LIMITED | | |
| Business Address: | PLOT NO: 38, MUNUGANOOR HYDERABAD, TG 501511 | Mailing Address: | ) |
| Country: | INDIA | | |
| Continent: | ASIA PACIFIC | | |
| Year Started: | 2019 | Operating Status: | ACTIVE |
| Duns ID: | 87-738-9107 | | |
| Last Update to Record: | 10/17/2022 | | |

### Management Team

| | | | |
|---|---|---|---|
| CEO Name: | SHEKHAR MADHAGONI | Title: | DIRECTOR |
| Executive Name: | KRISHNA MADAGONI | Title: | DIRECTOR |

### Business Details

| | | | |
|---|---|---|---|
| Line of Business: | HEALTH/ALLIED SERVICES | | |
| Primary SIC: | 8099 | Primary SIC Description: | HEALTH/ALLIED SERVICES |
| Total Employees: | 22-MODELED* | Employees Here: | 22-MODELED |
| | *PRINCIPALS NOT INCLUDED IN TOTAL | | |

### Financial Information

| | | | |
|---|---|---|---|
| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | INDIAN RUPEE | | |

### Sales Information

| | | | |
|---|---|---|---|
| Annual Sales US: | $2,374,702 | Annual Sales Local: | 193,853,224-MODELED |

## Company History/Operations/Relationships & Other Information

### This Company's Specifics

| | |
|---|---|
| DUNS: | 87-738-9107 |
| Business Is A: | SINGLE LOCATION |

464

**Parent Company Address:**

**Ultimate Company Address:**

**Headquarters Company Address:**

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## Report Section(s) with no Matches (101 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, Corporate Filings Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Associate Analytics Chart, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, Corporate Filings, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records

465

Date | 26/7/2020

Hyderabad.

To

The Dear Bank Manager

IDBI.

A.s. Rao Nagar.

Hyderabad,

Dear Sir,

I shekhar Madageni e owner of Madageni pharmaceuticals PVT, LTD, Laeated at Hyderabad.

I would like to request reset my internet banking phone to 9951728943, please change previous phone to requested number because of the person from company lett.

yours sincerely

Madhageni shekhar.

Another owner -

M. Kruthy 07/26/2020

466

(5 Records)

Business Overview (1)
Quick Analysis Flags (1)
Background Information
D&B Worldbase Summary (1)
Full-Text Documents
D&B Worldbase (1)
Miscellaneous
Report Section(s) with no Matches (103)

## Business Overview (1 Section)



| | |
|---|---|
| **Address:** | PAEVALILLE TN 6<br>TALLINN 13517 |
| **Additional Entity Source(s):** | D&B Worldbase |
| **Active Ticker Symbols:** | |
| **Inactive Ticker Symbols:** | |
| **DUNS:** | 56-557-6203 |
| **Officers/Directors/Contacts:** | KRISHNA MADAGONI, BOARD MEMBER |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | MADAGONI OU | PAEVALILLE TN 6-15<br>TALLINN<br>13517ESTONIA | Full-Text |

467

# Quick Analysis Flags (1 Chart)

## List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | No |
| Other Businesses Linked to the Business Address: | No |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

# D&B Worldbase (1 Record)

To Summary

## BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | MADAGONI OU | | |
| Business Address: | PAEVALILLE TN 6-15 TALLINN 13517 | Mailing Address: | ) |
| County: | HARJUMAA | | |
| Country: | ESTONIA | | |
| Continent: | EUROPE | | |
| Phone Number: | (848) 391-3741 | | |
| Year Started: | 2022 | Operating Status: | ACTIVE |
| Duns ID: | 56-557-6203 | National ID: | 16570076 |
| Last Update to Record: | 01/04/2023 | | |

## Management Team

| | | | |
|---|---|---|---|
| CEO Name: | KRISHNA MADAGONI | Title: | BOARD MEMBER |

## Business Details

| | | | |
|---|---|---|---|
| Line of Business: | ADVERTISING AGENCY | | |
| Primary SIC: | 7311 | Primary SIC Description: | ADVERTISING AGENCY |
| Total Employees: | 2-MODELED* | Employees Here: | 2-MODELED |
| | *PRINCIPALS NOT INCLUDED IN TOTAL | | |

## Financial Information

| | | | |
|---|---|---|---|
| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | EURO | | |

## Sales Information

| | | | |
|---|---|---|---|
| Annual Sales US: | $225,716 | Annual Sales Local: | 212,540-MODELED |

## Company History/Operations/Relationships & Other Information

### This Company's Specifics

| | |
|---|---|
| DUNS: | 56-557-6203 |
| Business Is A: | SINGLE LOCATION |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

468

Parent Company Address:

Ultimate Company Address:

Headquarters Company Address:

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## Report Section(s) with no Matches (103 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, Corporate Filings Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Associate Analytics Chart, Business Contact Records Summary, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Business Contact Records, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, Corporate Filings, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records

469

MADAGONI LLC    Client ID: RESEARCH

**Secondary Business Address:**

| | | | |
|---|---|---|---|
| **Primary Country:** | USA | | |
| **Area Code & Phone Number:** | (843) 929-1571 | | |
| **Contact:** | KRISHNA MADAGONI | **Contact's Title:** | MANAGER |
| **Primary SIC Code:** | 8742 MANAGEMENT CONSULTING SERVICES | | |
| | | **Year Established:** | 2021 |
| **US Corporate Filings Number:** | TX 0804504225 | | |
| | | **Employees at Location Year:** | 5 |
| **Sales from Location Year:** | $614,000 (2021) | **Business Profile Record Update Date:** | 1/30/2023 |

# D&B Market Identifier Records (1 Record)

## To Summary
## 247 E FRONT ST TRENTON, NJ 08611-1717

### BusinessInformation

| | | | |
|---|---|---|---|
| **Business Name:** | MADAGONI LLC | | |
| **Business Address:** | 247 E FRONT ST TRENTON, NJ 08611-1717 | **County:** | MERCER |
| **Year Started:** | 2018 | **Phone:** | (848) 391-3741 |
| **Line of Business:** | MANAGEMENT CONSULTING SERVICES | | |

### Executive Information

| | | | |
|---|---|---|---|
| **Executive Name:** | KRISHNA MADAGONI | **Executive Title:** | MEMBER |

### SIC Information

| | | | |
|---|---|---|---|
| **Primary SIC:** | 8742 | **SIC Description:** | MANAGEMENT CONSULTING SERVICES |
| **Primary SIC:** | 8742 0200 | **SIC Description:** | HUMAN RESOURCES CONSULTANT |

### Financial Information

| | | | |
|---|---|---|---|
| **Annual Sales:** | $495,000-ACTUAL | **Annual Sales Revision Date:** | Annual Sales Revision Date:07/30/2022 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | **3-Yr-Ago:** | $ NOT AVAILABLE |
| **Sales Growth:** | % | | |
| **MSA Code:** | 8480 | **MSA Name:** | TRENTON, NJ |
| | | **Industry Group:** | SERVICES - PROFESSIONAL |

### Employee Information

| | | | |
|---|---|---|---|
| **Employees Total:** | 17 | **Employees Here:** | 17-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |

### Other Information

| | | | |
|---|---|---|---|
| **DUNS:** | 06-102-2076 | | |
| **Business Is A:** | SINGLE LOCATION CORPORATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **Last Update to Record:** | 01/01/2023 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

# D&B Worldbase (1 Record)

470

To Summary

## BusinessInformation

| Business Name: | MADAGONI LLC | | |
|---|---|---|---|
| Business Address: | 247 E FRONT ST TRENTON, NJ 08611-1717 | Mailing Address: | ) |
| County: | MERCER | | |
| Country: | USA | | |
| Continent: | NORTH AMERICA | Continent: | 0 |
| Phone Number: | (848) 391-3741 | | |
| Year Started: | 2018 | Operating Status: | ACTIVE |
| Duns ID: | 06-102-2076 | | |
| Last Update to Record: | 12/31/2022 | | |

## Management Team

| CEO Name: | KRISHNA MADAGONI | Title: | MEMBER |
|---|---|---|---|

## Business Details

| Line of Business: | MNGMNT CNSLTNG SVCS | | |
|---|---|---|---|
| Primary SIC: | 8742 | Primary SIC Description: | MANAGEMENT CONSULTING SERVICES |
| Total Employees: | 17-ACTUAL* | Employees Here: | 17-ACTUAL |
| | *PRINCIPALS INCLUDED IN TOTAL | | |

## Financial Information

| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
|---|---|---|---|
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | U.S. DOLLAR | | |

## Sales Information

| Annual Sales US: | $495,000-ESTIMATED | Annual Sales Local: | $NOT AVAILABLE |
|---|---|---|---|

## Company History/Operations/Relationships & Other Information

### This Company's Specifics

| DUNS: | 06-102-2076 | | |
|---|---|---|---|
| Ownership Is: | PRIVATELY OWNED | | |
| Business Is A: | SINGLE LOCATION | | |
| Parent Company Address: | | | |
| Ultimate Company Address: | | | |
| Headquarters Company Address: | | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

# Report Section(s) with no Matches (88 Records)

Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Corporate Filings Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, People with Same Phone Number, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff

Client ID: RESEARCH

| MADAGONI LLC INCORPORATED | AGREATIS | COMPANY |
|---|---|---|
| BRIX LOGISTICS LLC | ATS MASONRY | FITCH RATINGS LTD |
| RIGHT CHOICE PROPERTY INVESTMENTS LLC | JERSEY MOVING & HAULING L.L.C. | SEGAL LABATE COML REAL EST |
| MARINE TERMINAL I | KM MEDICAL SOLUTIONS LLC | TRANSCEND IT LLC |
| STEFF LOGISTICS LLC | HAMMERDOWN MOVING SERVICE L.L.C. | STREAM CITY INVESTMENT GROUP LLC |
| FORRESTER LAW FIRM | CHESTNUT 23 INVESTMENTS LLC | IASI SOLUTIONS LLC |
| REGIONAL BUSINESS ASSISTANCE | US GREEN BUILDING COUNCIL | NARAL PRO CHOICE NEW JERSEY FOUNDATION I |
| RDR MOBILITY INC | BIPIN GANDHI P C | ECONOMIC DEVELOPMENT CORP FOR TRENTON (THE) |
| PARKS PROJECTS NJ LLC | UNION 325 INVESTMENTS LLC | RV GLOBAL SOLUTIONS INC |

## People with Same Address (2 Records)

### 247 E FRONT ST TRENTON, NJ 08611-1717

| STEPHEN SEGAL | CHRIS MCINTYRE | MICHAEL CAESAR |
|---|---|---|
| HEIDI GELENTSER | ANNE LABATE | LATARSHA BURKE |
| DOUGLAS WHITE | FRANK SASSO | |

### 247 E FRONT ST TRENTON, NJ 08611

| STEPHEN SEGAL | CHRIS MCINTYRE | MICHAEL CAESAR |
|---|---|---|
| HEIDI GELENTSER | ANNE LABATE | LATARSHA BURKE |
| DOUGLAS WHITE | FRANK SASSO | |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | YES |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| MADAGONI LLC | 247 E FRONT ST TRENTON, NJ 08611 | Street | Shared Business Name | No | No |
| MADAGONI LLC | 247 E FRONT ST # 109 TRENTON, NJ 08611 | Street | Shared Business Name | No | No |
| KRISHNA MADAGONI | 247 E FRONT ST TRENTON, NJ 08611 | | Shared Phone Number | No | No |

472

MADAGONI LLC                                                                    Client ID: RESEARCH

| Inactive Ticker Symbols: | |
|---|---|
| **Primary SIC Code:** | 8742 |
| **DUNS:** | 06-102-2076 |
| **Number of Employees:** | 17 |
| **Officers/Directors/Contacts:** | KRISHNA MADAGONI, MEMBER |

## Phone Numbers (2 Records)

| Business | Phone Number |
|---|---|
| MADAGONI LLC | (843) 929-1571 |
| MADAGONI LLC | (848) 391-3741 |

## Business Profile Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | Primary SIC Code | View Full-Text |
|---|---|---|---|---|---|
| 1. | MADAGONI LLC | 247 E FRONT ST TRENTON, NJ 08611-1717 | KRISHNA MADAGONI, MANAGER | MANAGEMENT CONSULTING SERVICES | Full-Text |

## D&B Market Identifier Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | SIC Description | Latest Update to Record | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | MADAGONI LLC | 247 E FRONT ST TRENTON, NJ 08611-1717 | KRISHNA MADAGONI | MANAGEMENT CONSULTING SERVICES | 01/01/2023 | Full-Text |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | MADAGONI LLC | 247 E FRONT ST TRENTON, NJ 08611-1717USA | Full-Text |

## Businesses with Same Phone Number (1 Record)

### (843) 929-1571

| | | |
|---|---|---|
| MADAGONIRINSE COM | | |

## Businesses with Same Address (1 Record)

### 247 E FRONT ST TRENTON, NJ 08611-1717

| | | |
|---|---|---|
| SEGAL COMMERCIAL REAL ESTATE | AATH | DEARCREDIT |
| PRIMARY SOURCE IMPORTS LLC | STAKEHOLDERS ALLIED FOR THE CORE OF TRENTON A NJ | ABS |
| LABATE COMMERCIAL REAL ESTATE LLC | CAPITAL CITY INVESTMENT GROUP LLC | MY DIY ACADEMY LLC |
| TRENTON BUSINESS ASSISTANCE | TONI BALL CONSULTING LLC | BMWE CRSD |
| SEGAL LABATE COMMERCIAL RE | NERDBOX | SMITH SACCHETTI GROUP LLC |
| ONYX LEARNING CENTER LLC | J ALEXANDER ROOFING AND SUPPLY CORPORATION | BASE CAMP TRENTON LIMITED LIABILITY COMPANY |
| BASE CAMP TRENTON | AGREATIS INC | MELINATED MOMS, LLC |
| REDMOND GENERAL SUPPLY HOUSE | | J ALEXANDER GENERAL CONSTRUCTION |



474

 Gmail

C Bali Cat <cmadagoni@gmail.com>

## Availability time for Evaluation report - Court order

**Ryan O'Connell** <ryan@stonebridgema.com>    Wed, Jun 28, 2023 at 3:33 PM
To: Catherine Madagoni <cmadagoni@gmail.com>

Hi Catherine Madagoni,

Please find attached all of the source documents that we have received throughout the process of the Madagoni Valuation (tax returns), the valuation, and our credentials. This is all of the documents that were made available to us. Please feel free to book a time to discuss the valuation on Dan's calendar. Krishna has paid for 30 mins of our time. Book a Time
[Quoted text hidden]

**4 attachments**

📄 **Madagoni 2021 Business Taxes.pdf**
2052K

📄 **Madagoni 2022 Business Taxes.pdf**
10212K

📄 **Madagoni LLC.pdf**
779K

📄 **Daniel P. O'Connell CV.pdf**
267K

 Gmail

**C Ali Cat <cmadagoni@gmail.com>**

## Availability time for Evaluation report - Court order

**Ryan O'Connell** <ryan@stonebridgema.com>    Tue, Jun 27 at 3:41 PM
To: Catherine Madagoni <cmadagoni@gmail.com>
Cc: Dan O'Connell <dan@stonebridgema.com>, Krishna Madagoni <krisraj1988@gmail.com>, Richard Renza <stoneharborlawoffice@gmail.com>

We see your emails and we are working to go through the proper processes that are necessary prior to sharing information that our Client has supplied us with. Once we have gone through the proper steps we will be more than happy to speak with you and share the information that we have. Until then we are not able to share any information with you. We appreciate your patience. We will reach out as soon as possible.

Thank you,
Ryan.

475

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

## *E-file* Authorization for Corporations

For calendar year 20 22, or tax year beginning _____, 20 ____, ending _____, 20 ____

Use for *efile* authorizations for Form 1120, 1120-F or 1120S.
Do not send to the IRS. Keep for your records.
Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| MADAGONI LLC | 83-0894740 |

**Part I**    Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . | 3 | 959,300. |

**Part II**    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐   I authorize _____ to enter my PIN [ ] [ ] [ ] [ ] [ ] as my signature
                    ERO firm name                                          do not enter all zeros

       on the corporation's electronically filed income tax return.

☒   As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature   X   *M. Krishn*     Date _____    Title   PRESIDENT _____

**Part III**    Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.    [2][0][0][3][0][0][6][9][5][2][8]
                                                                  do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS *e-file* Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____    Date   02/22/2023 _____

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.      REV 02/08/23 PRO      Form **8879-CORP** (12-2022)
**BAA**

476

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning _____ , 2022, ending _____ , 20____

| **A** S election effective date 01/01/2021 | TYPE OR PRINT | **Name** MADAGONI LLC | **D** Employer identification number 83-0894740 |
|---|---|---|---|
| **B** Business activity code number (see instructions) 541600 | | Number, street, and room or suite no. If a P.O. box, see instructions. 247 EAST FRONT STREET | **E** Date incorporated 06/08/2018 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code TRENTON NJ 08611 | **F** Total assets (see instructions) $ 45,856. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales | **1a** 959,300. | |
| | **b** | Returns and allowances | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a | **1c** | 959,300. |
| | **2** | Cost of goods sold (attach Form 1125-A) | **2** | |
| | **3** | Gross profit. Subtract line 2 from line 1c | **3** | 959,300. |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement) | **5** | |
| | **6** | Total income (loss). Add lines 3 through 5 | **6** | 959,300. |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions—attach Form 1125-E) | **7** | |
| | **8** | Salaries and wages (less employment credits) | **8** | 677,997. |
| | **9** | Repairs and maintenance | **9** | |
| | **10** | Bad debts | **10** | |
| | **11** | Rents | **11** | 1,200. |
| | **12** | Taxes and licenses | **12** | 54,042. |
| | **13** | Interest (see instructions) | **13** | |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| | **15** | Depletion (Do not deduct oil and gas depletion.) | **15** | |
| | **16** | Advertising | **16** | 84,736. |
| | **17** | Pension, profit-sharing, etc., plans | **17** | |
| | **18** | Employee benefit programs | **18** | |
| | **19** | Other deductions (attach statement) . See Statement | **19** | 131,684. |
| | **20** | Total deductions. Add lines 7 through 19 | **20** | 949,659. |
| | **21** | Ordinary business income (loss). Subtract line 20 from line 6 | **21** | 9,641. |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) . . . **22a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) . . . . **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | **22c** | |
| | **23a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 . **23a** | | |
| | **b** | Tax deposited with Form 7004 . . . . . **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . **23c** | | |
| | **d** | Add lines 23a through 23c | **23d** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ☐ | **24** | |
| | **25** | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . | **25** | |
| | **26** | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . | **26** | |
| | **27** | Enter amount from line 26: Credited to 2023 estimated tax _____ Refunded . | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X *M. Kiran*    Signature of officer _____ Date _____ Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name RAJAN BHATIA | Preparer's signature RAJAN BHATIA | Date 02/22/2023 | Check ☒ if self-employed | PTIN P00943280 |
|---|---|---|---|---|---|
| | Firm's name A & R ACCOUNTING SERVICES | | | Firm's EIN 22-2352866 | |
| | Firm's address 4 RIDINGS COURT MOUNT LAUREL NJ 08054 | | | Phone no. (609) 760-2266 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA    REV 02/08/23 PRO    Form **1120-S** (2022)

477

Form 1120-S (2022) | Page **2**

## Schedule B  Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual | | |
|  |   **c** ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the: | | |
|  | **a** Business activity ___TECHNICAL CONSULTING SERVICES___ **b** Product or service ___SERVICE___ | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | ✗ |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✗ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . | | ✗ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . | | ✗ |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | (i)  Total shares of restricted stock . . . . . . . . . _____ | | |
|  | (ii)  Total shares of non-restricted stock . . . . . . . . _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | ✗ |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | (i)  Total shares of stock outstanding at the end of the tax year . . _____ | | |
|  | (ii)  Total shares of stock outstanding if all instruments were executed _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✗ |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | |
|  | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | ✗ |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . | | ✗ |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
|  | If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . | | ✗ |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

REV 02/08/23 PRO | Form **1120-S** (2022)

478

Form 1120-S (2022) Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . | | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | | × |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . | | | × |
| b | If "Yes," did or will the corporation file required Form(s) 1099?. . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . | 1 | 9,641. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . . . . . . 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . Type: _____ | 12c | |
| | d | Other deductions (see instructions) . . . . Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | |
| | d | Other rental real estate credits (see instructions) Type: _____ | 13d | |
| | e | Other rental credits (see instructions) . . . Type: _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . | 16f | |

REV 02/08/23 PRO

Form **1120-S** (2022)

479

Form 1120-S (2022)

Page **4**

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **17a** | Investment income | **17a** | |
| **b** | Investment expenses | **17b** | |
| **c** | Dividend distributions paid from accumulated earnings and profits | **17c** | |
| **d** | Other items and amounts (attach statement) | | |

**Reconciliation**

**18** Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . | **18** | 9,641.

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 5,153. | | 10,556. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 35,300. | | 35,300. |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 40,453. | | 45,856. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | 14,473. | | 10,235. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 25,980. | | 35,621. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 40,453. | | 45,856. |

REV 02/08/23 PRO

Form **1120-S** (2022)

480

Form 1120-S (2022)                                                                                    Page **5**

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 9,641. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| | | | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 | 9,641. | | Subtract line 7 from line 4 | 9,641. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 25,980. | | | |
| 2 | Ordinary income from page 1, line 21 | 9,641. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 35,621. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 35,621. | | | |

REV 02/08/23 PRO                                                      Form **1120-S** (2022)

481

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

**Schedule K-1**
**(Form 1120-S)**
**2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning  /  / 2022   ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.   See separate instructions.

| **Part I** | **Information About the Corporation** |
| --- | --- |

**A** Corporation's employer identification number
83-0894740

**B** Corporation's name, address, city, state, and ZIP code
MADAGONI LLC

247 EAST FRONT STREET
TRENTON NJ 08611

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

**D** Corporation's total number of shares
Beginning of tax year  .  .  .  .  .  .  _____
End of tax year  .  .  .  .  .  .  .  _____

| **Part II** | **Information About the Shareholder** |
| --- | --- |

**E** Shareholder's identifying number
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

**F** Shareholder's name, address, city, state, and ZIP code
KRISHNA MADAGONI

247 EAST FRONT STREET
TRENTON NJ 08611

**G** Current year allocation percentage  .  .  .  100.00000 %

**H** Shareholder's number of shares
Beginning of tax year  .  .  .  .  .  .  _____
End of tax year  .  .  .  .  .  .  .  _____

**I** Loans from shareholder
Beginning of tax year  .  .  .  .  .  .  $  14,473.
End of tax year  .  .  .  .  .  .  .  $  10,235.

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
| --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| **1** | Ordinary business income (loss)  9,641. | **13** | Credits | |
| **2** | Net rental real estate income (loss) | | | |
| **3** | Other net rental income (loss) | | | |
| **4** | Interest income | | | |
| **5a** | Ordinary dividends | | | |
| **5b** | Qualified dividends | **14** | Schedule K-3 is attached if checked  .  .  .  .  . ☐ |
| **6** | Royalties | **15** | Alternative minimum tax (AMT) items |
| **7** | Net short-term capital gain (loss) | | | |
| **8a** | Net long-term capital gain (loss) | | | |
| **8b** | Collectibles (28%) gain (loss) | | | |
| **8c** | Unrecaptured section 1250 gain | | | |
| **9** | Net section 1231 gain (loss) | **16** | Items affecting shareholder basis |
| **10** | Other income (loss) | | | |
| | | **17** | Other information |
| **11** | Section 179 deduction | | | |
| **12** | Other deductions | | | |

**18** ☐ More than one activity for at-risk purposes*
**19** ☐ More than one activity for passive activity purposes*

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    REV 02/08/23 PRO    **Schedule K-1 (Form 1120-S) 2022**
BAA

482

## 199A Worksheet by Activity                2022
► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| MADAGONI LLC | 83-0894740 |

QuickZoom to 199A Summary . . . . ► _____

Aggregation Code: ___

Trade or Business: 1120S, Line 21
EIN: 83-0894740

Is this activity a qualified trade/business? . . . . . . . . . ☐ Yes ☒ No
Specified Service Trade or Business?  . . . . . . . . . . ☐ Yes ☒ No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

1 a  Ordinary business income (loss) . . . . . . . . . . . . . . . 1 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . . . 1 c _____
2 a  Rental income (loss) . . . . . . . . . . . . . . . . . . . . . 2 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 c _____
3 a  Royalty income (loss) . . . . . . . . . . . . . . . . . . . . 3 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3 c _____
4 a  Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . 4 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4 c _____
5  Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 _____
6 a  Section 179 deduction . . . . . . . . . . . . . . . . . . . . 6 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 c _____
7  Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 _____
8 a  W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 c _____
9 a  UBIA of qualified property . . . . . . . . . . . . . . . . . . 9 a _____
  b  Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b _____
  c  Adjusted UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . . . 9 c _____

483

**2022**
**CBT-100**

# DO NOT MAIL THIS FORM

2022 – CBT-100 – Page 1

## New Jersey Corporation Business Tax Return
### For Tax Years Ending On or After July 31, 2022, Through June 30, 2023

Tax year beginning 01/01, 2022, and ending 12/31, 2022

| FEDERAL EMPLOYER I.D. NUMBER | N.J. CORPORATION NUMBER | |
|---|---|---|
| 83-0894740 | 0450-2779-34 | |

State and date of incorporation    NJ    06/08/2018
Date authorized to do business in New Jersey 06/08/2018
Federal business activity code    541600
Corporation books are in the care of    KRISHNA MADAGON
at 247 EAST FRONT STREET, TRENTON, NJ 08611
Phone Number ( 848 ) 391-3741

**CORPORATION NAME**
MADAGONI LLC

**MAILING ADDRESS**
247 EAST FRONT STREET

| CITY | STATE | | ZIP CODE |
|---|---|---|---|
| TRENTON | NJ | | 08611 |

Check if applicable (see instructions):
☐ Investment Company
☐ Real Estate Investment Trust
☒ Federal 1120-S Filer
☐ Professional Corporation
☐ Regulated Invest. Company
☐ Claiming P.L. 86-272

Check applicable return type: ☐ Initial  ☐ Amended
Enter Amended code: ☐ ☐    If code 10, enter reason: _____

| | | |
|---|---|---|
| 1. Tax Base – Enter amount from line 4 of Schedule A, Part III. | 1. | 9,641. |
| 2. Amount of Tax – Multiply line 1 by the applicable tax rate (see instructions) | 2. | 627. |
| 3. Tax Credits – Enter amount from Schedule A-3, Part I, line 30 (see instructions) | 3. | 0. |
| 4. CBT TAX LIABILITY – Subtract line 3 from line 2. | 4. | 627. |
| 5. a. Surtax on taxable net income – Multiply the amount on Schedule A, Part III, line 2a, 2b, or 2c (whichever is applicable) by the applicable surtax rate (see instructions) | 5a. | |
| b. Pass-Through Business Alternative Income Tax Credit from Form 329 (see instructions) (Amount entered cannot be more than amount on line 5a) | 5b. | |
| c. Balance of surtax – Subtract line 5b from line 5a. | 5c. | |
| 6. a. Enter the total minimum tax (see instructions)    6a. 1,500. | | |
| b. Tax Due – Add line 5c to the greater of line 4 or line 6a (see instructions) | 6b. | 1,500. |
| 7. Installment Payment – Only applies if line 6b is $500 or less (see instructions) | 7. | |
| 8. Professional Corporation Fees (from Schedule PC, line 7) | 8. | |
| 9. TOTAL TAX AND PROFESSIONAL CORPORATION FEES – Add lines 6b, 7, and 8 | 9. | 1,500. |
| 10. a. Payments and Credits (see instructions) | 10a. | |
| b. Payments made by partnerships on behalf of taxpayer (include copies of all NJK-1s) | 10b. | |
| c. Refundable Tax Credits from Schedule A-3, Part II, line 6 (see instructions) | 10c. | |
| d. Total Payments and Credits – Add lines 10a, 10b, and 10c | 10d. | |
| 11. Balance of Tax Due – If line 10d is less than line 9, subtract line 10d from line 9 | 11. | 1,500. |
| 12. Penalty and Interest Due (see instructions) | 12. | 90. |
| 13. Total Balance Due – Add line 11 and line 12 | 13. | 1,590. |
| 14. Amount Overpaid – If line 10d is greater than the sum of line 9 and 12, enter amount of overpayment | 14. | |
| 15. Amount of line 14 to be Refunded | 15. | |
| 16. Amount of line 14 to be Credited to 2023 Tax Return | 16. | |
| 17. Amount of line 14 to be Credited to a Combined Group and tax year to which it is to be applied ☐ 2022 or ☐ 2023. Unitary ID Number NU | 17. | |

**CERTIFICATION OF INACTIVITY (See Instructions)**

If the corporation is inactive, page 1, the Annual General Questionnaire, and Schedules A (Parts I, II, and III), A-2, A-3, and A-4 must be completed. A corporate officer must sign and certify below:

☐ By marking the check box to the left, I certify that the corporation did not conduct any business, did not have any income, receipts, or expenses, and did not own any assets during the entire period covered by the tax return.

| (Date) | (Signature of Corporate Officer) | (Title) |
|---|---|---|

**SIGNATURE AND VERIFICATION (See Instructions)**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules, forms, and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I understand that pursuant to N.J.S.A. 54:10A-14(a), I must include copies of the federal return(s), forms, and schedules with my New Jersey return. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

7/22/2023
(Date)    X    M.K.    PRESIDENT
(Signature of Duly Authorized Officer of Taxpayer)    (Title)

2/22/23
(Date)    (Signature of Individual Preparer of Return)    4 RIDINGS COURT    (Preparer's ID Number)
                                                          MOUNT LAUREL NJ 08054    22-2352866
                                                          (Address)

A & R ACCOUNTING SERVICES
(Name of Tax Preparer's Employer)    (Address)    (Employer's ID Number)

REV 01/12/23 PRO

484

## Section 179 Carryover Detail for this Activity

|  | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | |
| **Part I: Prior Year Carryovers by Year and Category** | | |
| A Before 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| B 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| C 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| D 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| E 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Total prior year carryovers to this year . . . . . . . . . . . . . . | | |

| Part II: 179 Deduction Allowed by Year and Category | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Total 179 deduction allowed for this activity in current year . . . . | | |
| A Amount allowed from 2022 . . . . . . . . . . . . . . . . . . . . . . . | | |
| B Amount allowed from before 2018 . . . . . . . . . . . . . . . . . . . | | |
| C Amount allowed from 2018 . . . . . . . . . . . . . . . . . . . . . . . | | |
| D Amount allowed from 2019 . . . . . . . . . . . . . . . . . . . . . . . | | |
| E Amount allowed from 2020 . . . . . . . . . . . . . . . . . . . . . . . | | |
| F Amount allowed from 2021 . . . . . . . . . . . . . . . . . . . . . . . | | |

| Part III: Total Carryforward to 2023 by Year and Category | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| A Carryforward from 2022 . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| B Carryforward from before 2018 . . . . . . . . . . . . . . . . . . . . | | |
| C Carryforward from 2018 . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| D Carryforward from 2019 . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| E Carryforward from 2020 . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| F Carryforward from 2021 . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Total carryforward to next year . . . . . . . . . . . . . . . . . . | | |

spsw9906.SCR  09/22/22

485

**MADAGONI LLC**                                                                 83-0894740                    1

# Additional Information From 2022 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**                                                            **Continuation Statement**

| Description | Amount |
|---|---|
| AUTOMOBILE AND TRUCK EXPENSE | 6,855. |
| BANK CHARGES | 465. |
| INSURANCE | 11,525. |
| LEGAL AND PROFESSIONAL | 21,597. |
| MISCELLANEOUS | 7,665. |
| TRAVEL | 21,264. |
| UTILITIES | 5,702. |
| QUALITY CONTROL EXPENSE | 6,567. |
| FDA LICENSING FEE | 5,672. |
| SAMPLE DEVELOPMENTS | 18,913. |
| LABOR CHARGES | 2,260. |
| WORKERS COMPENSATION | 1,442. |
| PATENT SEARCH | 750. |
| MINORITY APPLICATION FEE | 2,954. |
| WEBSITE DEVELOPMENT | 3,246. |
| PAYROLL PROCESSING FEE | 1,290. |
| REGISTERED AGENT FEE | 560. |
| INTERNET | 3,011. |
| CAR RENTAL | 2,042. |
| SHIPPING FEDEX | 820. |
| EMPLOYEES BACKGROUND CHECK | 690. |
| GIFTS | 540. |
| STORAGE SPACE | 2,314. |
| LOGO DEVELOPMENT | 3,540. |
| **Total** | 131,684. |

484

1030 2022 – CBT-100 – Page 2

| NAME AS SHOWN ON RETURN | FEDERAL ID NUMBER |
|---|---|
| MADAGONI LLC | 83-0894740 |

## ANNUAL GENERAL QUESTIONNAIRE (See Instructions)

**PART I** All taxpayers must answer the following questions. Riders must be provided where necessary.

1. Type of business  TECHNICAL CONSULTING SERVICES
   Principal products handled  SERVICE

2. State the location of the actual seat of management or control of the corporation _____
   TRENTON NJ

3. Did one or more other corporations own beneficially, or control, a majority of the stock of taxpayer corporation or did the same interests own beneficially, or control, a majority of the stock of taxpayer corporation and of one or more other corporations? ☐ Yes. Provide a rider indicating the name and FEIN of the controlled corporation, the name and FEIN of the controlling/parent corporation, and the percentage of stock owned or controlled.    OR   ☒ No.

4. These questions must be answered by corporations with a controlling interest in certain commercial property.
   a. During the period covered by the return, did the taxpayer acquire or dispose of directly or indirectly a controlling interest in certain commercial property? ☐ Yes. Answer question 4b below.    OR   ☒ No.
   b. Was the CITT-1, *Controlling Interest Transfer Tax*, filed with the Division of Taxation?
      ☐ Yes. Provide a rider indicating the information and include a copy of the CITT-1.    OR   ☐ No. Provide a rider indicating the name and FEIN of the transferee, the name and FEIN of the transferor, and the assessed value of the property.

5. Does this corporation own any Qualified Subchapter S Subsidiaries (QSSS)? ☐ Yes. Provide a rider indicating the name, address, and FEIN of the subsidiary, whether the subsidiary made a New Jersey QSSS election, and whether the activities of the subsidiary are included in this return.
   OR   ☒ No.

6. If the taxpayer is a unitary subsidiary of a combined group filing a New Jersey combined return from which the taxpayer is excluded, did the taxpayer distribute dividends or deemed dividends in the current tax year? ☐ Yes. Provide a rider indicating the name and FEIN of the entity to which the dividends were paid (deemed), the amount of dividends, and unitary ID number of the combined group.    OR   ☒ No.

7. Is the taxpayer an intangible holding company or is the taxpayer's income, directly or indirectly, from intangible property or related service activities that are deductible against the income of members of a combined group? ☐ Yes. Provide a rider indicating the names and ID numbers of the combined group or the related members and detail the taxpayer's income that is deductible against their income.    OR   ☒ No.

8. Is income from sources outside the United States included in taxable net income on Schedule A?
   ☐ Yes   ☒ No   ☐ NA
   If yes, provide a rider indicating such items of gross income, the source, the deductions and the amount of foreign taxes paid. Enter on Schedule A, Part II, line 10, the difference between the net of such income and the amount of foreign taxes paid not previously deducted (include a rider).

9. Does the taxpayer have related parties or affiliates that file combined returns in New Jersey? ☐ Yes.    OR   ☒ No.

10. Does the taxpayer file as part of a group filing combined returns/reports in other states with corporations that either do not file New Jersey returns or file separate New Jersey returns? ☐ Yes.    OR   ☒ No.

11. Is the taxpayer part of a group that files a New Jersey combined return, but is excluded from the combined return? ☐ Yes. Provide information below.    OR   ☒ No.
    Name of the managerial member of the combined group: _____

12. Has the taxpayer or the preparer completing this return on the taxpayer's behalf taken any uncertain tax positions when filing this return or their federal tax return? ☐ Yes. Include a rider detailing the information.    OR   ☒ No.
    For more information see Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) 740-10, formerly FASB Interpretation No. 48 (FIN 48).

13. Does the taxpayer own or lease real *or* tangible property:
    a. In New Jersey? ☒ Yes.    OR   ☐ No.
    b. Outside New Jersey? ☐ Yes. Provide information below.    OR   ☒ No.
       List the states, political subdivisions, and foreign nations (as applicable): _____

14. What percentage of the taxpayer's worldwide property, real or tangible, is inside the United States? _____

15. Does the taxpayer have payroll:
    a. In New Jersey? ☒ Yes.    OR   ☐ No.
    b. Outside New Jersey? ☐ Yes. Provide information below.    OR   ☒ No.
       List the states, political subdivisions, and foreign nations (as applicable): _____

16. What percentage of the taxpayer's worldwide payroll is inside the United States? _____

17. Is 20% or more of either or both the taxpayer's property and payroll inside the United States? ☒ Yes.    OR   ☐ No.

18. Does the taxpayer own a disregarded entity or utilize a disregarded entity of a related party? ☐ Yes. Include a rider with the entity's name and tax ID number.    OR   ☒ No.

487

REV 01/12/23 PRO